IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, et al., ) | **Old Case No. 1:06cv0233 OWW DLB** |
| ) | **New Case No. 1:06cv0233 OWW LJO** |
| ) | |
| ) | ORDER DISQUALIFYING |
| ) | MAGISTRATE JUDGE |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| CITY OF FRESNO, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:06cv0233 OWW LJO**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

    IT IS SO ORDERED.

    Dated:   October 3, 2006                           **/s/ Dennis L. Beck**
3b142a                                                      UNITED STATES MAGISTRATE JUDGE

1