IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, et al., | CASE NO. CV F 06-0233 OWW LJO |
| Plaintiffs, | **ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| vs. | (Doc. 36.) |
| CITY OF FRESNO, et al, | |
| Defendants. | |

Plaintiffs Lupe Martinez and Ralph Rendon (collectively "plaintiffs") propose a first amended complaint to: (1) better organize and separately plead their claims in that plaintiffs filed their original complaint pro se; (2) add Fresno Police Officer Belinda Anaya as a defendant; and (3) add a recently matured malicious prosecution cause of action. Defendants City of Fresno, Jerry Dyer, Michael Manfredi and Marcus Tafoya do not oppose the filing of plaintiffs' proposed amended complaint. On the basis of good cause, this Court:

1. GRANTS plaintiffs leave to file and serve their proposed first amended complaint;

2. ORDERS plaintiffs, no later than January 31, 2007, to file their proposed first amended complaint and to serve their proposed first amended complaint on defendants City of Fresno, Jerry Dyer, Michael Manfredi and Marcus Tafoya; and

3. ORDERS plaintiffs, no later than February 16, 2007, to serve new defendant Belinda Anaya with the summons and proposed first amended complaint and to file proof of such service.

IT IS SO ORDERED.

**Dated:   January 24, 2007**          /s/ Lawrence J. O'Neill

1

| | |
|---|---|
| 1 | 66h44d                                    UNITED STATES MAGISTRATE JUDGE |