**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for: Plaintiff Ralph C. Rendon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated.<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF FRESNO, JERRY DYER, Chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, and Does 1-20 in their official and capacities, inclusive.<br><br>Defendants. | Case No.  1:06-cv-00233 OWW/TAG<br><br>**STIPULATION TO RE-AMEND SCHEDULING CONFERENCE ORDER; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the Amended Scheduling Conference Order issued on March 1, 2007, be re-amended as follows:

**Expert Disclosure Deadline:**
Old Date:           September 13, 2007
**New Date:        November 13, 2007**

**Supplemental Expert Disclosure Deadline:**
Old Date:           October 15, 2007
**New Date:        December 14, 2007**

1
STIPULATION TO RE-AMEND SCHEDULING CONFERENCE ORDER; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

**Discovery Deadline:**
Old Date: November 13, 2007
**New Date:** **January 15, 2008**

**Expert Discovery Deadline:**
Old Date: November 13, 2007
**New Date:** **January 15, 2008**

**Non-Dispositive Motion Filing Deadline:**
Old Date: December 4, 2007
**New Date:** **January 30, 2008**

**Non-Dispositive Hearing Date:**
Old Date: January 2, 2008
**New Date:** **February 27, 2008**

**Disposition Motion Filing Deadline:**
Old Date: December 17, 2007
**New Date:** **February 4, 2008**

**Dispositive Motion Hearing Date:**
Old Date: January 14, 2008
**New Date:** **March 3, 2008**

**Settlement Conference Date:**
Old Date: November 16, 2007 at 10:00 a.m. in Ctrm. 8
**New Date:** **February 8, 2008 at 10:00 a.m. in Ctrm. 8**

**Pre-Trial Conference Date remains the same:**
**March 10, 2008 at 11:00 a.m. in Ctrm. 3**

**Trial Date: (10 Day Jury Trial) remains the same:**
**April 8, 2008 at 9:00 a.m. in Ctrm. 3**

PDF created with pdfFactory trial version www.pdffactory.com

The parties enter into this Stipulation based on the ongoing discovery disputes and the recent consolidation of related case number 06-cv-01851for purposes of discovery only and the potential for consolidation of the related cases.

DATED: August 10, 2007.                    KAPETAN BROTHERS


                                           By:   /s/ Peter N. Kapetan
                                              Peter N. Kapetan, Attorney for:
                                              Plaintiff Ralph Rendon

DATED: August 10, 2007.                    DREYER, BABICH, BUCCOLA & CALLAHAM


                                           By:   /s/ Charles M. Barrett
                                              Charles M. Barrett, Attorney for:
                                              Plaintiff Lupe Martinez


DATED: August 10, 2007.                    WEAKLEY, RATLIFF, ARENDT & McGUIRE


                                           By:   /s/ James D. Weakley
                                              JAMES D. WEAKLEY
                                              Attorney for Defendants


**IT IS SO ORDERED:**


DATED: August 10, 2007.



                         /s/ Oliver W. Wanger
                    UNITED STATES DISTRICT JUDGE




3
STIPULATION TO RE-AMEND SCHEDULING CONFERENCE ORDER; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com