|   |   |
|---|---|
| 1 | **KAPETAN BROTHERS** |
|   | 1236 "M" Street |
| 2 | Fresno, CA  93721-1806 |
|   | Telephone:  (559) 498-0800 |
| 3 |   |
| 4 | Peter N. Kapetan, #138068 |
| 5 | Attorneys for: Plaintiffs Ralph C. Rendon, Claudia Rendon, George Rendon, Priscilla Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated.  RALPH C. RENDON, in Behalf of Himself and all Similarly Situated. | Case No.  1:06-cv-00233 OWW/TAG |
| Plaintiffs. | **STIPULATION AND ORDER CONSOLIDATING CIVIL ACTIONS, CASE NOS. 1:06-cv-00233 and 1:06-cv-01851; and ORDER THEREON** |
| v. | |
| CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and  official capacities, Inclusive. | (Federal Rules of Civil Procedure, Rule 42(a)) |
| Defendants. | |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO, | Case No.  1:06-cv-01851 OWW/GSA |
| Plaintiffs, | |
| v. | |
| CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police | **[Caption Continues on Next Page]** |

1
STIPULATION AND ORDER CONSOLIDATING CIVIL
ACTIONS 1:06-cv-00233 and 1:06-cv-01851

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive. |
| | Defendants. |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that United States (Eastern) District Court Case No: 06-cv-00233 OWW/GSA entitled, *Lupe E. Martinez and Ralph C. Rendon v. City of Fresno, et al.,* United States (Eastern) District Court Case No: 1:06-cv-00233 OWW/GSA ("Martinez lawsuit"); and *Claudia Rendon, George Rendon, Priscilla Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno,* United States (Eastern) District Court Case No: 1:05-cv-01851 OWW/GSA ("Eight Plaintiff lawsuit") be consolidated for all purposes and that the Martinez lawsuit case number of 1:06-cv-00233 OWW/GSA become the lead case number in the consolidated matter and that Gary S. Austin remain as Magistrate Judge in this consolidated matter.

IT IS HEREBY FURTHER STIPULATED that the trial and trial related dates assigned to the Martinez lawsuit, United States (Eastern) District Court Case No: 1:06-cv-00233 OWW/GSA be amended to coincide in the Eight Plaintiff lawsuit, United States (Eastern) District Court Case No: 1:06-cv-01851 OWW/GSA. The parties submit concurrently herewith a Stipulation to Amend the August 9, 2007 Scheduling Conference Order to reflect the new amended dates which have been agreed upon by the parties in this matter.

DATED: October 30, 2007.                                    KAPETAN BROTHERS

By: /s/ Peter N. Kapetan
Peter N. Kapetan, Attorney for Plaintiffs Ralph C. Rendon, Claudia Rendon, George Rendon, Priscilla Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED:  November 2, 2007.            DREYER, BABICH, BUCCOLA & CALLAHAM

2

3

4                                                By:  /s/ Charles M. Barrett
                                                    Charles M. Barrett, Attorney for:
5                                                   Plaintiff Lupe Martinez

6

7  DATED: October_31, 2007.             WEAKLEY, RATLIFF, ARENDT & McGUIRE

8

9                                                By:   /s/ James D. Weakley
                                                    JAMES D. WEAKLEY
10                                                  Attorney for Defendants

11

12  **IT IS SO ORDERED:**

13

14

15  DATED:  November 5, 2007.

16

17

18                            /s/ OLIVER W. WANGER
                           UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

3
STIPULATION AND ORDER CONSOLIDATING CIVIL
ACTIONS 1:06-cv-00233 and 1:06-cv-01851

PDF created with pdfFactory trial version www.pdffactory.com