1  **KAPETAN BROTHERS**
   1236 "M" Street
2  Fresno, CA  93721-1806
   Telephone:  (559) 498-0800
3

4  Peter N. Kapetan, #138068

5  Attorneys for: Plaintiffs Ralph C. Rendon, Claudia Rendon, George Rendon, Priscilla Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated.  RALPH C. RENDON, in Behalf of Himself and all Similarly Situated.<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and  official capacities, Inclusive.<br><br>Defendants. | Case No.  1:06-cv-00233 OWW/TAG<br><br>STIPULATION AMENDING AUGUST 9, 2007 SCHEDULING CONFERENCE ORDER IN CIVIL CASE NO. 1:06-CV-00233 AND THE MAY 9,  2007 SCHEDULING CONFERENCE ORDER IN CIVIL CASE NO: 1:06-CV-01851; AND ORDER THEREON |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>Plaintiffs,<br><br>v. | Case No.  1:06-cv-01851 OWW/GSA |

1
STIPULATION AMENDING AUGUST 9, 2007 SCHEDULING CONFERENCE ORDER IN CIVIL CASE  NO. 1:06-CV-00233 AND THE MAY 9, 2007 SCHEDULING CONFERENCE ORDER IN CIVIL CASE NO: 1:06-CV-01851; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive. |

**[Caption Continues on Next Page]**

Defendants.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the Re-Amended Scheduling Conference Order issued on August 9, 2007, in Case No: 06-cv-00233 and the May 9, 2007, Scheduling Conference Order in Case No: 06-cv-01851 be amended as follows:

**Expert Disclosure Deadline:**
Date in 06-00233:          November 13, 2007
**Date in 06-1851:          November 21, 2007**
**Consolidated Date:        January 25, 2008**

**Supplemental Expert Disclosure Deadline:**
Date in 06-00233:          December 14, 2007
**Date in 06-01851:         December 21, 2007**
**Consolidated Date:        February 20, 2008**

**Discovery Deadline:**
Date in 06-00233:          January 15, 2008
**Date in 06-01851:         January 18, 2008**
**Consolidated Date:        March 7, 2008**

PDF created with pdfFactory trial version www.pdffactory.com

**Expert Discovery Deadline:**

| | |
|---|---|
| Date in 06-00233: | January 15, 2008 |
| **Date in 06-01851:** | **January 18, 2008** |
| **Consolidated Date:** | **March 7, 2008** |

**Non-Dispositive Motion Filing Deadline:**

| | |
|---|---|
| Date in 06-00233: | January 30, 2008 |
| **Date in 06-01851:** | **February 4, 2008** |
| **Consolidated Date:** | **March 18, 2008** |

**Non-Dispositive Hearing Date:**

| | |
|---|---|
| Date in 06-00233: | February 27, 2008 |
| **Date in 06-01851:** | **March 7, 2008** |
| **Consolidated Date:** | **April 18, 2008** |

**Disposition Motion Filing Deadline:**

| | |
|---|---|
| Date in 06-00233: | February 4, 2008 |
| **Date in 06-01851:** | **February 15, 2008** |
| **Consolidated Date:** | **March 21, 2008** |

**Dispositive Motion Hearing Date:**

| | |
|---|---|
| Date in 06-00233: | March 3, 2008 |
| **Date in 06-01851:** | **March 15, 2008** |
| **Consolidated Date:** | **April 21, 2008** |

**Settlement Conference Date:**

| | |
|---|---|
| Date in 06-00233: | February 8, 2008 at 10:00 a.m. in Ctrm. 8 |
| **Date in 06-01851:** | **February 19, 2008 at 10:00 a.m. in Ctrm. 7** |
| **Consolidated Date:** | **March 18, 2008 at 10:30 a.m. in Ctrm. 10** |

PDF created with pdfFactory trial version www.pdffactory.com

**Pre-Trial Conference Date:**

| | |
|---|---|
| Date in 06-00233: | March 10, 2008 at 11:00 a.m. in Ctrm. 3 |
| **Date in 06-01851:** | **April 28, 2008 at 11:00 a.m. in Ctrm. 3** |
| **Consolidated Date:** | **June 2, 2008 at 11:00 a.m. in Ctrm. 3** |

**Trial Date:  (20 Day Jury Trial):**

| | |
|---|---|
| **Date in 06-00233:** | **April 8, 2008 at 9:00 a.m. in Ctrm. 3** |
| **Date in 06-01851:** | **July 8, 2008 at 9:00 a.m. in Ctrm. 3** |
| **Consolidated Date:** | **July 8, 2008 at 9:00 a.m. in Ctrm. 3** |

DATED: October 30, 2007.                          KAPETAN BROTHERS


By ___/s/ Peter N. Kapetan_____
Peter Kapetan, Attorney for Plaintiffs Ralph C. Rendon, Claudia Rendon, George Rendon, Priscilla Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno

DATED: November 2, 2007.          DREYER, BABICH, BUCCOLA & CALLAHAM


By:___/s/ Charles M. Barrett_____
Charles M. Barrett, Attorney for:
Plaintiff Lupe Martinez

DATED: October 30, 2007.                WEAKLEY, RATLIFF, ARENDT & McGUIRE


By: ___/s/ James D. Weakley_____
JAMES D. WEAKLEY
Attorney for Defendants

**[Order Continues on Next Page]**

4
STIPULATION AMENDING AUGUST 9, 2007 SCHEDULING CONFERENCE ORDER IN CIVIL CASE  NO. 1:06-CV-00233 AND THE MAY 9, 2007 SCHEDULING CONFERENCE ORDER IN CIVIL CASE NO: 1:06-CV-01851; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:**

DATED:  November 5, 2007.

              /s/ OLIVER W. WANGER
           UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com