James D. Weakley, Esq.        Bar No. 082853
Erica M. Camarena, Esq.       Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, Chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, and Does 1-20 in their official and capacities, inclusive,<br><br>Defendants. | LEAD CASE NO. 1:06 CV 00233 OWW GSA (Consolidated with Case No: 1:06 CV 01851)<br><br>**ORDER RE CONTINUANCE OF DEPOSITIONS**<br><br><br><br>Trial Date:   July 8, 2008 |

At the request of all parties, the court held a telephonic hearing at 2:15 p.m., on November 15, 2007 to consider defendants' request to cancel the depositions set for November 19, 2007 through December 7, 2007 to be reset at a later date. Peter N. Kapetan of the law firm of Kapetan Brothers appeared on behalf of all plaintiffs, including plaintiff, Lupe E. Martinez, represented by the law firm of Dreyer, Babish, Buccola & Callaham. James D. Weakley of the Law Firm of Weakley, Ratliff, Arendt & McGuire, LLP, appeared on behalf of the defendants City of Fresno, Jerry Dyer, and Belinda Anaya; and Barbara Huff of the law firm of Lynberg & Watkins appeared on behalf of defendants Michael Manfredi and Marcus K. Tafoya.

The reason for the request to cancel the depositions is because of the necessity for new counsel to be retained as a result of a conflict that has arisen.

IT IS ORDERED that the depositions currently scheduled to begin on November 19, 2007 through December 7, 2007 are hereby canceled to be reset after new counsel is retained to represent defendants City of Fresno, Jerry Dyer, and Belinda Anaya.

IT IS FURTHER ORDERED that all parties appear for a Status Hearing in this court on December 4, 2007 at 9:30 a.m., in courtroom 10. Out-of-town counsel may appear telephonically as long as arrangements are made with the court staff in advance of the Status Hearing.

Dated: November 16, 2007

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By: /s/ James D. Weakley
James D. Weakley
Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, and OFFICER BELINDA ANAYA

**ORDER**

IT IS SO ORDERED.

Dated: **November 19, 2007**          /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE