1  DANA ALDEN FOX, STATE BAR #119761
   BARBARA S. HUFF, STATE BAR #148995
2  **LYNBERG & WATKINS**
   A Professional Corporation
3  888 South Figueroa Street, 16th Floor
   Los Angeles, California 90017-5449
4  Telephone: (213) 624-8700
   Facsimile: (213) 892-2763
5
   Attorneys for Defendants, MICHAEL MANFREDI and MARCUS K. TAFOYA
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LUPE E. MARTINEZ and RALPH C. RENDON, | Case No. 1:06-cv-00233 OWW/TAG consolidated with Case No. 1:06-cv-01851 OWW/GSA |
| 12  | |
| 13              Plaintiffs, | |
| 14       v. | **ADDENDUM TO STIPULATED PROTECTIVE ORDER [(DOCKET NUMBERS 39 AND 43]** |
| 15  CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, OFFICER BELINDA ANAYA, and DOES 1 through 20, in their individual and official capacities, Inclusive, | |
| 16  | |
| 17  | **(Doc. #94)** |
| 18  | |
| 19              Defendants. | |
| 20  CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO, | |
| 21  | |
| 22  | |
| 23  | |
| 24              Plaintiffs, | |
| 25       v. | |
| 26  CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; | |
| 27  | |
| 28  | |

| | |
|---|---|
| MARCUS K. TAFOYA, individually and in his official capacity as Police Officer of the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as a Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive. | ) ) ) ) ) ) ) |
| Defendants. | |

IT IS HEREBY AGREED THAT as counsel for defendants Marcus Tafoya and Michael Manfredi, Dana Alden Fox, Esq., Barbara S. Huff, and the law firm of Lynberg & Watkins, Attorneys at Law, 888 S. Figueroa St., 16th Floor, Los Angeles, CA 90017, have read and understand the stipulated protective orders on file in this matter [Doc. Nos. 39 and 43] and will abide by each of the terms set forth therein.

All confidential documents produced to defendants Marcus Tafoya and Michael Manfredi shall be identified as "CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER.  DANA ALDEN FOX, ESQ."

LYNBERG & WATKINS

DATED: Nov. 26, 2007       By:     /s/Barbara /Huff
                                   Dana Alden Fox, Esq.
                                   Barbara S. Huff, Esq.
                                   Attorneys for Defendants
                                   Marcus Tafoya and Michael Manfredi

IT IS SO ORDERED.

Dated:   **November 30, 2007**            **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE