1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  LUPE E. MARTINEZ,                 1:06-cv-00233 OWW-GSA

12              Plaintiff,            **ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT (L.R. 5-133)**

13  vs.

14  RALPH C. RENDON, et al.,

15              Defendant.
                                  /
16

17           TO:    Dana Alden Fox:

18           On January 3, 2005, this court became an electronic filing district, requiring all
19  attorneys to register for the court's electronic filing system (CM/ECF), and except where excused
20  by the court or by Local Rule, to file all documents electronically.  You were given written notice
21  on November 16, 2007, directing you to register for CM/ECF.  To date, you have failed to
22  register.

23           YOU ARE HEREBY ORDERED TO SHOW CAUSE by affidavit or certificate
24  why sanctions should not be imposed for your failure to comply with the court's electronic filing
25  requirements.  Such affidavits or certificates are to be filed within 11 days of service of this
26  order.

27
28

IT IS SO ORDERED.

**Dated:** **December 17, 2007**       /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE