# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, Chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, and Does 1-20, in their official and capacities, inclusive<br><br>　　　　　Defendants.<br>_____/ | Case No. 06-cv-00233 OWW GSA<br>Consolidated with Case No.: 06-1851<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br><br>(Document 101) |

On December 3, 2007, the parties filed a stipulation and proposed order to reschedule the status conference originally scheduled for December 4, 2007, at 9:30 a.m. The parties explained that lead trial counsel for Defendants City of Fresno, Jerry Dyer and Belinda Anaya was not available and would not be able to attend the December 4, 2007, Status Conference. The parties sought a short extension to continue the Status Conference to December 20, 2007, at 9:00 a.m.

Pursuant to the parties stipulation, and good cause appearing, the Status Conference scheduled for December 4, 2007, at 9:30 a.m. is VACATED nunc pro tunc. The Status Conference is rescheduled to December 20, 2007 at 9:00 a.m

.

IT IS SO ORDERED.

　　Dated:   **December 19, 2007**　　　　　　　　　　/s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE