**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:06 CV 01851 OWW GSA<br><br>**ADDENDUM TO STIPULATED PROTECTIVE ORDERS [DOCKET NUMBERS 39 AND 43]**<br><br>Complaint Filed: December 20, 2006 |

IT IS HEREBY AGREED THAT as counsel for defendants City of Fresno, Chief Jerry Dyer, and Officer Belinda Anaya, Terence J. Cassidy, Esq. of Porter Scott Attorneys, 350 University Ave., Suite 200, Sacramento, CA 95825, Telephone (916) 929-1481, has read and understands the stipulated protective orders on file in this matter [Doc. Nos. 39 and 43] and will

///
///
///
///
///
///

1 | abide by each of the terms set forth therein.

2 |                                               PORTER SCOTT

4 | DATED: November 27, 2007       By:    /s/ Terence J. Cassidy
                                                                                   Terence J. Cassidy, Esq.
                                                                                   Attorneys for Defendants
                                                                                   City of Fresno and Chief Jerry Dyer

11 |     IT IS SO ORDERED.

12 |     **Dated:**  **December 20, 2007**                  **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE