

**FILED**

DEC 2 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  | **KAPETAN BROTHERS**
2  | 1236 "M" Street
   | Fresno, CA 93721-1806
3  | Telephone: (559) 498-0800

4  | Peter N. Kapetan, #138068

5  | Attorneys for: Plaintiff Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo
6  | Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno

7  |

8  | **UNITED STATES DISTRICT COURT**

9  | **EASTERN DISTRICT OF CALIFORNIA**

10 |

11 | LUPE E. MARTINEZ, In Behalf of Herself       Case No. 1:06-cv-00233 OWW/GSA
   | and all Similarly Situated. RALPH C.
12 | RENDON, in Behalf of Himself and all
   | Similarly Situated.
13 |                                              **STIPULATION TO AMEND**
   |              Plaintiffs.                     **SEPTEMBER 19, 2008**
14 |                                              **SCHEDULING CONFERENCE**
   |          v.                                  **ORDER; ORDER THEREON**
15 |

16 | CITY OF FRESNO; JERRY DYER, CHIEF
17 | OF THE FRESNO POLICE DEPARTMENT;
   | SGT. MICHAEL MANFREDI; OFFICER
18 | MARCUS K. TAFOYA; OFFICER BELINDA
   | ANAYA, and DOES 1-20, in their individual
19 | and official capacities, Inclusive.

20 |          Defendants.

21 | _____          Consolidated
22 | CLAUDIA RENDON, GEORGE RENDON,                Case No. 1:06-cv-01851 OWW/TAG
   | PRISCILLA RENDON, LAWRENCE
23 | RENDON, RICARDO RENDON, JOHN
   | NUNEZ, JR., ALFRED HERNANDEZ,
24 | AND VIVIAN CENTENO,

25 |              Plaintiffs,

26 |          v.

27 | CITY OF FRESNO; JERRY DYER,                   **[Caption Continues on Next Page]**
   | individually and in his official capacity as the
28 | Chief of Police for the Fresno Police
   | Department; MICHAEL MANFREDI,
   | individually and in his official capacity as

1

Police Sergeant for the Fresno Police
Department; MARCUS K. TAFOYA,
individually and in his official capacity as
Police Officer for the Fresno Police
Department; BELINDA ANAYA, individually
and in her official capacity as Police Officer for
the Fresno Police Department; and DOES 1
through 50, inclusive.

Defendants.

IT IS HEREBY STIPULATED by and between the parties, through their respective
counsel of record, that the Scheduling Conference Order issued on September 19, 2008, be
amended as follows:

**Expert Disclosure Deadline:**

Old Date:                    January 5, 2009

**New Date:**                **February 17, 2009**


**Supplemental Expert Disclosure Deadline:**

Old Date:                    February 5, 2009

**New Date:**                **March 3, 2009**


**Discovery Deadline:**

Old Date:                    March 5, 2009

**New Date:**                **March 16, 2009**


**Expert Discovery Deadline:**

Old Date:                    March 5, 2009

**New Date:**                **March 16, 2009**


**Non-Dispositive Motion Filing Deadline remains the same:**

Date:   March 20, 2009


**Non-Dispositive Hearing Date remains the same:**

Date:   April 24, 2009 at 9:00 a.m. in Ctrm. 10

1

2

**Disposition Motion Filing Deadline remains the same:**

Date:   April 6, 2009

3

4

5

**Dispositive Motion Hearing Date remains the same:**

Date:   May 11, 2009 at 10:00 a.m. in Ctrm. 3

6

7

**Settlement Conference Date remains the same:**

Date:   March 17, 2009 at 10:00 a.m. in Ctrm. 10

8

9

10

**Pre-Trial Conference Date remains the same:**

Date:   June 22, 2009 at 11:00 a.m. in Ctrm. 3

11

12

**Trial Date:  (10 Day Jury Trial) remains the same:**

**August 18, 2009 at 9:00 a.m. in Ctrm. 3**

13

14

15

The parties enter into this Stipulation based on the ongoing discovery disputes, to allow Defendants to conclude the remainder of depositions of Plaintiffs in this matter and to allow the parties to conduct mediation with a mutually agreed upon mediator.

16

17

18

DATED:  December 19, 2008.                    KAPETAN BROTHERS

19

20

21

22

By:   /s/ Peter N. Kapetan

Peter N. Kapetan, Attorney for:
Plaintiffs Ralph Rendon, Claudia Rendon,
Lawrence Rendon, Ricardo Rendon, John
Nunez, Jr., Alfred Hernandez, and Vivian
Centeno

23

24

DATED:  December 19, 2008.                    DREYER, BABICH, BUCCOLA & CALLAHAM

25

26

27

28

By:   /s/ Jonathon Hayes

Jonathon Hayes, Attorney for:
Plaintiffs Lupe Martinez, George Rendon and
Priscilla Rendon

1    DATED: December 19, 2008.                PORTER SCOTT, APC

2

3
                                             By:  ___/s/ Terence J. Cassidy_____
4                                                 Terence J. Cassidy, Attorney for:
                                                  Defendants City of Fresno, Jerry Dyer and
5                                                 Belinda Anaya

6

7    DATED: December 19, 2008.                LAW FIRM OF LYNBERG & WATKINS

8

9
                                             By:  ___/s/  Matthew Harrison_____
10                                                Matthew Harrison, Attorney for:
                                                  Defendants Michael Manfredi and
11                                                Marcus Tafoya

12

13   **IT IS SO ORDERED:**

14

15   DATED:  ___/2—22—___, 2008.

16

17

18

19   _____
                HONORABLE OLIVER W. WANGER
20        JUDGE OF THE UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28