DANA ALDEN FOX, STATE BAR #119761
MATTHEW HARRISON, STATE BAR #222073
LYNBERG & WATKINS
A Professional Corporation
888 South Figueroa Street, Suite 1600
Los Angeles, CA 90017-5449
Telephone: (213) 624-8700
Fax: (213) 892-2763

Attorneys for Defendants, MICHAEL MANDREDI and MARCUS K. TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ and RALPH C. RENDON,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, OFFICER BELINDA ANAYA, and DOES 1 through 20, in their individual and official capacities, Inclusive,<br><br>            Defendants. | Case No. 1:06-cv-00233 OWW/TAG<br><br>[Consolidated with Case No. 1:06-cv-01851 OWW/GSA]<br><br>**STIPULATION TO FURTHER AMEND SEPTEMBER 19, 2008 SCHEDULING CONFERENCE ORDER; ORDER THEREON** |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police | |

G:\docs\ATimken\Orders To Be Signed\06cv233.stip.amend.9.19sc.o.doc         1
**STIPULATION TO FURTHER AMEND SCHEDULING CONFERENCE ORDER; ORDER THEREON**

Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer of the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as a Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive,

    Defendants.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the Scheduling Conference Order issued on September 19, 2008 be further amended as follows:

**Expert Disclosure Deadline:**

Old Date:    February 17, 2009

New Date:    March 17, 2009

**Supplemental Expert Disclosure Deadline:**

Old Date:    March 3, 2009

New Date:    April 3, 2009

**Discovery Deadline:**

Old Date:    March 5, 2009

New Date:    March 16, 2009

**Expert Discovery Deadline:**

Old Date:    March 16, 2009

New Date:    April 16, 2009

**Non-Dispositive Motion Filing Deadline remains the same:**

Date:   March 20, 2009

PDF created with pdfFactory trial version www.pdffactory.com

**Non-Dispositive Hearing Date remains the same:**

Date:   April 24, 2009, at 9:00 a.m., in Courtroom 10.

**Disposition Motion Filing Deadline remains the same:**

Date:   April 6, 2009

**Dispositive Motion Hearing Date remains the same:**

Date:   May 11, 2009, at 10:00 a.m., in Courtroom 3.

**Settlement Conference Date remains the same:**

Date:   March 17, 2009, at 10:00 a.m., in Courtroom 10.

**Pre-Trial Conference Date remains the same:**

Date:   June 22, 2009, at 11:00 a.m., in Courtroom 3.

**Trial Date:  (10 Day Jury Trial) remains the same:**

Date:   August 18, 2009, at 9:00 a.m., in Courtroom 3.

The parties enter into this Stipulation based on the ongoing discovery disputes, to allow Defendants to conclude the remainder of depositions of Plaintiffs, give the Plaintiffs an opportunity to complete the depositions of the Defendants, and allow the parties to conduct mediation with a mutually agreed upon mediator.

DATE:       February 5, 2009              LYNBERG & WAKTINS
                                          A Professional Corporation


                                          By:   /s/
                                              DANA ALDEN FOX
                                              MATTHEW HARRISON
                                          Attorneys for Defendants, Michael Mandredi and
                                          Marcus K. Tafoya

G:\docs\ATimken\Orders To Be Signed\06cv233.stip.amend.9.19sc.o.doc

3

**STIPULATION TO FURTHER AMEND SCHEDULING CONFERENCE ORDER; ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATE: | February 5, 2009 | KAPETAN BROTHERS |

By: ___/s/_____
    PETER N. KAPETAN
Attorneys for Plaintiffs, Ralph C. Rendon, Claudia Rendon, George Rendon, Priscilla Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez And Vivien Centeno

DATE:   February 10, 2009   DREYER, BABICH, BUCCOLA & CALLAHAM

By: ___/s/_____
    ROGER A. DREYER
    CHARLES BARRETT
Attorneys for Plaintiff, Lupe Martinez

DATE:   February 5, 2009   PORTER SCOTT

By: ___/s/_____
    TERRENCE J. CASSIDY
Attorneys for Defendants, City of Fresno, Jerry Dyer, Chief of the Fresno Police Department, and Officer Belinda Anaya

**IT IS SO ORDERED:**

DATED: February 13, 2009

    /s/ OLIVER W. WANGER
   HONORABLE OLIVER W. WANGER
JUDGE OF THE UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com