DANA ALDEN FOX, STATE BAR #119761
MATTHEW HARRISON, STATE BAR #222073
LYNBERG & WATKINS
A Professional Corporation
888 South Figueroa Street, Suite 1600
Los Angeles, CA 90017-5449
Telephone: (213) 624-8700
Fax: (213) 892-2763

Attorneys for Defendants, MICHAEL MANDREDI and MARCUS K. TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ and RALPH C. RENDON,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, OFFICER BELINDA ANAYA, and DOES 1 through 20, in their individual and official capacities, Inclusive,<br><br>            Defendants. | Case No. 1:06-cv-00233 OWW/TAG<br><br>[Consolidated with Case No. 1:06-cv-01851 OWW/GSA]<br><br>**STIPULATION REGARDING OFFICER MARCUS TAFOYA'S DEPOSITION AND ORDER THEREON** |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police | |

G:\docs\ATimken\Orders To Be Signed\06cv233.stip.tafoya.depo.doc    1
**STIPULATION REGARDING OFFICER MARCUS TAFOYA'S DEPOSITION AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer of the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as a Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive,

    Defendants.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, as follows:

(1) The deposition of defendant Marcus Tafoya was regularaly noticed for February 20, 2009 in the above-referended matter and no procedural objections have been, or will be, interposed to the taking or conducting of the deposition.

(2) Marcus Tafoya, after being duly sworn in and stating his name, will refuse to answer any and all questions whatsover which will be posed to him, regardless of who poses the questions.

(3) Marcus Tafoya's basis for refusing to answer each and every question is by virtue of his assertion of all his rights under the 5th Amendment of the United States Constitution due to being a defendant in a pending criminal case; <u>The People of the State of California v. Marcus Tafoya</u>, case no. 07900100.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

G:\docs\ATimken\Orders To Be Signed\06cv233.stip.tafoya.depo.doc    2
**STIPULATION REGARDING OFFICER MARCUS TAFOYA'S DEPOSITION AND ORDER THEREON**
PDF created with pdfFactory trial version www.pdffactory.com

      (4)    All parties will Stipulate to an Order Shortening time for the hearing on plaintiffs' Motion to Compel Marcus Tafoya to provide subtantive responses.

DATE:  February 19, 2009          LYNBERG & WAKTINS
A Professional Corporation

By: ___/s/_____
   DANA ALDEN FOX
   MATTHEW HARRISON
Attorneys for Defendants, Michael Mandredi and Marcus K. Tafoya

DATE:  February 19, 2009          KAPETAN BROTHERS

By: ___/s/_____
   PETER N. KAPETAN
Attorneys for Plaintiffs, Ralph C. Rendon, Claudia Rendon, George Rendon, Priscilla Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez And Vivien Centeno

DATE:  February 19, 2009          DREYER, BABICH, BUCCOLA & CALLAHAM

By: ___/s/_____
   ROGER A. DREYER
   CHARLES BARRETT
Attorneys for Plaintiff, Lupe Martinez

DATE:  February 19, 2009          PORTER SCOTT

By: ___/s/_____
   TERENCE J. CASSIDY
Attorneys for Defendants, City of Fresno, Jerry Dyer, Chief of the Fresno Police Department, and Officer Belinda Anaya

**IT IS SO ORDERED:**

DATED: February 24, 2009

                /s/ OLIVER W. WANGER
             HONORABLE OLIVER W. WANGER
         JUDGE OF THE UNITED STATES DISTRICT COURT

G:\docs\ATimken\Orders To Be Signed\06cv233.stip.tafoya.depo.doc   3
**STIPULATION REGARDING OFFICER MARCUS TAFOYA'S DEPOSITION AND ORDER THEREON**
PDF created with pdfFactory trial version www.pdffactory.com