1   **KAPETAN BROTHERS**
    1236 "M" Street
2   Fresno, CA  93721-1806
    Telephone:  (559) 498-0800
3

4   Peter N. Kapetan, #138068

5   Attorneys for: Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo
                   Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno
6

7

8
                    **UNITED STATES DISTRICT COURT**
9

10                  **EASTERN DISTRICT OF CALIFORNIA**

11

12

13  LUPE E. MARTINEZ, In Behalf of Herself        Case No.  1:06-cv-00233 OWW/GSA
    and all Similarly Situated.  RALPH C.
14  RENDON, in Behalf of Himself and all
    Similarly Situated.
15
            Plaintiffs.                           **STIPULATION AND ORDER TO**
16                                                **VACATE SETTLEMENT**
            v.                                    **CONFERENCE**
17

18  CITY OF FRESNO; JERRY DYER, CHIEF
    OF THE FRESNO POLICE DEPARTMENT;
19  SGT. MICHAEL MANFREDI; OFFICER
    MARCUS K. TAFOYA; OFFICER BELINDA
20  ANAYA, and DOES 1-20, in their individual
    and  official capacities, Inclusive.
21
            Defendants.
22

23  CLAUDIA RENDON, GEORGE RENDON,               Consolidated
    PRISCILLA RENDON, LAWRENCE                   Case No.  1:06-cv-01851 OWW/TAG
24  RENDON, RICARDO RENDON, JOHN
    NUNEZ, JR., ALFRED HERNANDEZ,
25  AND VIVIAN CENTENO,

26          Plaintiffs,

27          v.

28  CITY OF FRESNO; JERRY DYER,                  **[Caption Continues on Next Page]**
    individually and in his official capacity as the

1
2
3
4
5
6
7

Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive.

Defendants.

8

9 **IT IS HEREBY STIPULATED** by and between Plaintiffs, LUPE E. MARTINEZ,

10 GEORGE RENDON, PRISCILLA RENDON, RALPH C. RENDON, CLAUDIA

11 RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED

12 HERNANDEZ, AND VIVIAN CENTENO, through their counsel of record, KAPETAN

BROTHERS, by Peter N. Kapetan, and DREYER, BABICH, BUCCOLA, CALLAHAM &
13
WOOD, LLP, by Charles M. Barrett, and Defendants CITY OF FRESNO, JERRY DYER,
14
BELINDA ANAYA, MICHAEL MANFREDI and MARCUS K. TAFOYA, through their
15
respective counsel of record, PORTER SCOTT by Terence J. Cassidy and LYNBERG &
16
WATKINS by Matthew Harrison, that the Settlement Conference of March 17, 2009 at 10:00
17
a.m. in Courtroom 10 of the above-entitled court be vacated pursuant to Local Rule 16-271:

18 The following good cause exists for the granting of this Stipulation by the Court:

19 1. The parties will be participating in voluntary mediation on March 19, 2009

with Judge Richard Gilbert (Ret.), a neutrally agreed upon mediator.
20
2. The parties believe mediation in lieu of a settlement conference would be the
21
most productive course in this matter.

22 Accordingly, the parties respectfully request this Court to vacate the Settlement

23 Conference scheduled for March 17, 2009 at 10:00 a.m. in Courtroom 10.

24 DATED:  March 3, 2009.                          KAPETAN BROTHERS

25

26                                        By: ___/s/ Peter N. Kapetan_____
                                            Peter N. Kapetan, Attorney for Plaintiffs Ralph
27                                          Rendon, Claudia Rendon, Lawrence Rendon,
                                            Ricardo Rendon, John Nunez, Jr., Alfred
28                                          Hernandez, and Vivian Centeno

[Signatures Continue on Next Page]

DATED:  March ___, 2009.                    DREYER, BABICH, BUCCOLA, CALLAHAM & WOOD, LLP

By:___/s/ Charles M. Barrett_____
Charles M. Barrett, Attorney for Plaintiffs Lupe Martinez, George Rendon and Priscilla Rendon

DATED: March ___, 2009.                     PORTER SCOTT, APC

By: ___/s/ Terence J. Cassidy_____
Terence J. Cassidy, Attorney for:
Defendants City of Fresno, Jerry Dyer and Belinda Anaya

DATED: March ___, 2009.                     LAW FIRM OF LYNBERG & WATKINS

By: ___/s/ Matthew Harrison _____
Matthew Harrison, Attorney for:
Defendants Michael Manfredi and
Marcus K. Tafoya

**IT IS SO ORDERED.**

**Dated:   March 3, 2009**                     _____/s/ Gary S. Austin_____
**United States Magistrate Judge**

STIPULATION AND ORDERT TO VACATE SETTLEMENT CONFERENCE