# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated, and RALPH C. RENDON, In Behalf of Himself and all Similarly Situated. | ) Case No. 1:06cv0233 OWW GSA___ <br> ) Consolidated Case No. 1:06cv1851 OWW GSA |
| Plaintiffs, | ) **ORDER RE EX PARTE APPLICATION** <br> ) **FOR COURT ORDERS TO U.S. NAVY, U.S.** <br> ) **MARINES AND INTERNAL REVENUE** <br> ) **SERVICE** |
| v. | ) |
| CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and official capacities, Inclusive, | ) (Document 150) |
| Defendants. | ) |

On March 2, 2009, Defendants CITY OF FRESNO, BELINDA ANAYA and JERRY DYER filed an Ex Parte Application For Court Orders To The United States Navy, United States Marine Corps and Internal Revenue Service. More particularly, the orders to be directed to the United States Navy and Marine Corps concerned the deposition of Juan Gillian and the production of service records for Plaintiff GEORGE RENDON. The order to be directed to the Internal Revenue Service concerned the employment records of Plaintiff RICARDO RENDON.

On March 13, 2009, this Court ordered Defendants to file points and authorities and any supporting exhibits no later than March 27, 2009.  Any opposition was to be filed by April 1, 2009.  The matter was scheduled to be heard April 3, 2009, at 9:30 a.m., in Department 10.

Defendants, having not filed points and authorities in support of the ex parte application as directed by the court in its minute order of March 13, 2009, this Court hereby ORDERS as follows:

1.      Defendants' ex parte application for court orders to the United States Navy, United States Marine Corps, and Internal Revenue Service is DENIED without prejudice.

2.      The Clerk of the Court is directed to VACATE the hearing scheduled for April 3, 2009, at 9:30 a.m.

IT IS SO ORDERED.

**Dated:**      **March 30, 2009**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE