**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants CITY OF FRESNO, JERRY DYER, BELINDA ANAYA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, Chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, and Does 1-20, in their official and capacities, inclusive<br><br>Defendants.<br>_____/<br>CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ and VIVIAN CENTENO,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Frenso Police Department; BELINDA ANAYA, individual and in her official capacity as Police Officer for the Fresno Police Department, and Does 1-20, inclusive<br><br>Defendants.<br>_____/ | Case No. 06-0233 OWW GSA<br>Consolidated with Case No.: 06-1851<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER TO ALLOW INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFFS RICARDO RENDON, ALFRED HERNANDEZ AND JOHN NUNEZ, JR.** |

1     IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective attorneys of record, that the pretrial scheduling order regarding the discovery cut-off of April 16, 2009 be modified so as to permit the independent medical examinations of Plaintiffs Ricardo Rendon, John Nunez Jr. and Alfred Hernandez to occur as agreed upon on April 20, 2009.

    Counsel acknowledge and agree that there was difficulty in scheduling these examinations, which were originally to occur in March 2009. Counsel for those Plaintiffs initially objected to those examinations. Counsel for Defendants then filed a Motion to Compel and counsel met and conferred to resolve the issues. As a showing of good faith and cooperation, and to avoid bringing this matter before the court in a motion to compel the examinations, counsel agreed to the scope of the examinations and that they will occur on the above-enumerated date. The parties acknowledge that this date is outside the specified close of discovery on April 16, 2009, but in light of this stipulation and the facts giving rise hereto, hereby agree to modify the date of the discovery cut of so as to allow to the examinations with respect to the date upon which they are scheduled to occur.

Dated: March 27, 2009      KAPETAN BROTHERS

By  /s/ Peter N. Kapetan
    Peter N. Kapetan
    Attorney for Plaintiffs
    CLAUDIA RENDON, VIVIAN CENTENO, RALPH RENDON, LAWRENCE RENDON, RICARDO RENDON, ALFRED HERNANDEZ and JOHN NUNEZ, JR.

Dated: March 27, 2009      DREYER BABICH BUCCOLA & CALLAHAM

By  /s/ Charlie Barrett
    Charlie Barrett
    Attorney for Plaintiffs
    GEORGE RENDON, PRISCILLA RENDON and LUPE MARTINEZ

| | | |
|---|---|---|
| Dated: March 27, 2009 | | LYNBERG WATKINS |

By  /s/ Matthew Harrison
　　Dana A. Fox
　　Matthew Harrison
　　Attorneys for Defendants
　　MICHAEL MANFREDI and MARCUS TAFOYA

Dated: March 27 , 2009　　　　PORTER SCOTT
　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

By 　/s/ Terence J. Cassidy
　　Terence J. Cassidy
　　Attorney for Defendants
　　CITY OF FRESNO, JERRY DYER and BELINDA ANAYA

The Clerk of the Court is directed to VACATE the hearing scheduled for April 3, 2009, at 9:30 a.m.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:　March 30, 2009**　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE