**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants CITY OF FRESNO, JERRY DYER, BELINDA ANAYA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, Chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, and Does 1-20, in their official and capacities, inclusive<br><br>　　　　Defendants.<br>_____/<br>CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ and VIVIAN CENTENO,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Frenso Police Department; BELINDA ANAYA, individual and in her official capacity as Police Officer for the Fresno Police Department, and Does 1-20, inclusive<br><br>　　　　Defendants.<br>_____/ | Case No.  06-0233 OWW GSA<br>Consolidated with Case No.: 06-1851<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER TO ALLOW INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFFS RICARDO RENDON, ALFRED HERNANDEZ AND JOHN NUNEZ, JR.** |

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective attorneys of record, that the pretrial scheduling order regarding the discovery cut-off of April 16, 2009 be modified so as to permit the independent medical examinations of Plaintiffs Ricardo Rendon, John Nunez Jr. and Alfred Hernandez to occur as agreed upon on April 20, 2009.

Counsel acknowledge and agree that there was difficulty in scheduling these examinations, which were originally to occur in March 2009. Counsel for those Plaintiffs initially objected to those examinations. Counsel for Defendants then filed a Motion to Compel and counsel met and conferred to resolve the issues. As a showing of good faith and cooperation, and to avoid bringing this matter before the court in a motion to compel the examinations, counsel agreed to the scope of the examinations and that they will occur on the above-enumerated date. The parties acknowledge that this date is outside the specified close of discovery on April 16, 2009, but in light of this stipulation and the facts giving rise hereto, hereby agree to modify the date of the discovery cut of so as to allow to the examinations with respect to the date upon which they are scheduled to occur.

Dated: March 27, 2009          KAPETAN BROTHERS


                               By /s/ Peter N. Kapetan
                                  Peter N. Kapetan
                                  Attorney for Plaintiffs
                                  CLAUDIA RENDON, VIVIAN
                                  CENTENO, RALPH RENDON,
                                  LAWRENCE RENDON, RICARDO
                                  RENDON, ALFRED HERNANDEZ and
                                  JOHN NUNEZ, JR.


Dated: March 27, 2009          DREYER BABICH BUCCOLA & CALLAHAM


                               By /s/ Charlie Barrett
                                  Charlie Barrett
                                  Attorney for Plaintiffs
                                  GEORGE RENDON, PRISCILLA
                                  RENDON and LUPE MARTINEZ

| | | |
|---|---|---|
| 1 | Dated: March 27, 2009 | LYNBERG WATKINS |
| 2 | | |
| 3 | | By /s/ Matthew Harrison |
| 4 | | Dana A. Fox<br>Matthew Harrison<br>Attorneys for Defendants |
| 5 | | MICHAEL MANFREDI and MARCUS TAFOYA |
| 6 | | |
| 7 | Dated: March 27 , 2009 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |

Dated: March 27, 2009             PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


By    /s/ Terence J. Cassidy
      Terence J. Cassidy
      Attorney for Defendants
      CITY OF FRESNO, JERRY DYER and
      BELINDA ANAYA

IT IS SO ORDERED.

**Dated:    March 30, 2009**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE