ROGER A. DREYER, ESQ. / SBN: 095462
CHARLES M. BARRETT / SBN: 094800
**DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP** **FILED**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599                                    APR 0 1 2009

Attorneys for Plaintiffs,                        CLERK, U.S. DISTRICT COURT
LUPE E. MARTINEZ, GEORGE RENDON              EASTERN DISTRICT OF CALIFORNIA
and PRISCILLA RENDON                         BY _____
                                                        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LUPE E. MARTINEZ and RALPH C.            Lead Case No.: 1:06 CV 00233 OWWGSA
RENDON,                                  (Consolidated with Case No.: 1:06 CV 01851)

            Plaintiffs,                  **STIPULATION AND [PROPOSED]**
                                         **ORDER ON EX PARTE APPLICATION**
v.                                       **TO THE UNITED STATES NAVY,**
                                         **UNITED STATES MARINE CORPS,**
CITY OF FRESNO; JERRY DYER,              **AND TO THE UNITED STATES**
CHIEF OF THE FRESNO POLICE               **INTERNAL REVENUE SERVICE**
DEPARTMENT; SGT. MICHAEL
MANFREDI; OFFICER MARCUS K.
TAFOYA; OFFICER BELINDA
ANAYA, and DOES 1-20, in their
individual and official capacities,
Inclusive.

            Defendants.

**IT IS HEREBY STIPULATED** by and between the parties, through their respective

counsel of record, as follows:

Defendant CITY OF FRESNO and Plaintiffs LUPE E. MARTINEZ, GEORGE

RENDON and PRISCILLA RENDON have attempted to obtain documents, records and

witnesses' appearances from the United States Marine Corps and the Internal Revenue Service.

However, the parties have received conflicting information from those agencies about whether

or not those agencies will produce the documents, records and witnesses. The parties to this

stipulation therefore agree that the information sought is discoverable, ///

and that this Court may issue an Order compelling the United State Marine Corps and Internal

-1-

Revenue Service as follows:

1. Requiring the United States Navy, Office of the Judge Advocate General, acting on behalf of the United States Marine Corps to produce USMC Staff Sergeant Juan Gillian for deposition;

2. Requiring the United States Navy, Office of the Judge Advocate General, acting on behalf of the United States Marine Corps to produce all records related to the military service of Plaintiff GEORGE RENDON;

3. Requiring the United States Internal Revenue Service to produce the employment records of Plaintiff RICARDO RENDON;

4. Requiring the United States Navy, Office of the Judge Advocate General, acting on behalf of the United States Marine Corps to produce USMC Master Sergeant Jason D. Martinez for deposition;

5. Requiring the United States Navy, Office of the Judge Advocate General, acting on behalf of the United States Marine Corps to produce USMC First Sergeant Antonio McTaggart for deposition;

6. Requiring the United States Navy, Office of the Judge Advocate General, acting on behalf of the United States Marine Corps to produce the officer, non-commissioned officer, director, managing agent, employee, or agent most qualified from U.S. Navy (USMC) regarding the standards that govern retention and/or reenlistment opportunities as well as the procedures and standards governing determination of eligibility for retention and/or reenlistment for corporal George Rendon in calendar years 2005 and 2006 for deposition; and,

7. Requiring the United States Navy, Office of the Judge Advocate General, acting on behalf of the United States Marine Corps to produce the officer, non-commissioned officer, director, managing agent, employee, or agent most qualified from U.S. Navy (USMC) regarding counseling and/or advisement received by Corporal George Rendon in the years 2005 and 2006 about his retention and/or reenlistment opportunities as well as the "not recommended"

-2-

1    status and the procedures and standards governing eligibility for retention and/or

2    reenlistment for deposition.

3    I declare under penalty of perjury that all of the foregoing is true and correct based on

4    my own personal knowledge, and that if called as a witness in the above entitled action, I could,

5    and would, competently testify to all of the foregoing based upon my own personal knowledge.

6    I further declare under penalty of perjury that the foregoing was executed this 1th day of April,

7    2009, at Fresno, California.

8    DATED: April 1, 2009            **DREYER BABICH BUCCOLA CALLAHAM & WOOD,**
     LLP
9
10                              By: _____/s/ Charles M. Barrett_____
                                    CHARLES M. BARRETT
11                                  Attorneys for Plaintiffs, LUPE MARTINEZ,
                                    GEORGE RENDON and PRISCILLA RENDON
12

13

14   DATED: April 1, 2009            **LYNBERG & WAKTINS**
                                    A Professional Corporation
15
16                              By: _____/s/ Matthew Harrison_____
                                    DANA ALDEN FOX
17
                                    MATTHEW HARRISON
18                                  Attorneys for Defendants, MICHAEL MANFREDI and
                                    MARCUS K. TAFOYA
19

20
     DATED: April 1, 2009            **KAPETAN BROTHERS**
21
22                              By: _____/s/ Peter Nicholas Kapetan_____
                                    PETER NICHOLAS KAPETAN
23                                  Attorneys for Plaintiffs, RALPH C. RENDON, ALFRED
                                    HERNANDEZ, CLAUDIA RENDON, JOHN NUNEZ,
24                                  JR., LAWRENCE RENDON, RICHARDO RENDON and
                                    VIVIAN CENTENO
25

26

27

28

-3-

1  DATED: April 1, 2009      **PORTER SCOTT**

2

3                            By: ___/s/ Terence John Cassidy,___
                              TERENCE JOHN CASSIDY    JOHN WHITEFLEET

4                            Attorneys for Defendants, CITY OF FRESNO, BELINDA
                             ANAYA and JERRY DYER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1 | <u>**ORDER**</u>

2 | Based upon the stipulation of the parties, and good cause appearing, therefore:

3 | **IT IS HEREBY ORDERED** that the United States Navy, Office of the Judge Advocate

4 | General, acting on behalf of the United States Marine Corps shall produce:

5 |     1.    USMC Staff Sergeant Juan Gillian for deposition;

6 |     2.    All records related to the military service of Plaintiff GEORGE RENDON;

7 |     3.    USMC Master Sergeant Jason D. Martinez for deposition;

8 |     4.    USMC First Sergeant Antonio McTaggart for deposition;

9 |     5.    The officer, non-commissioned officer, director, managing agent, employee, or

10 | agent most qualified from U.S. Navy (USMC) regarding the standards that

11 | govern retention and/or reenlistment opportunities as well as the procedures and

12 | standards governing determination of eligibility for retention and/or reenlistment

13 | for corporal George Rendon in calendar years 2005 and 2006 for deposition; and,

14 |     6.    The officer, non-commissioned officer, director, managing agent, employee, or

15 | agent most qualified from U.S. Navy (USMC) regarding counseling and/or

16 | advisement received by Corporal George Rendon in the years 2005 and 2006

17 | about his retention and/or reenlistment opportunities as well as the "not

18 | recommended" status and the procedures and standards governing eligibility for

19 | retention and/or reenlistment for deposition.

20 | **IT IS FURTHER ORDERED** that the United States Internal Revenue Service shall

21 | produce:

22 |     1.    The employment records of Plaintiff RICARDO RENDON.

23 |

24 | Dated:    4 - ( -09

25 | The Honorable Oliver W. Wanger
United States District Court Judge

26 |

27 |

28 |

-5-

Stipulation and [Proposed] Order on Ex Parte Application