| 1 | **PORTER | SCOTT** |  |
|---|---|---|
| 2 | A PROFESSIONAL CORPORATION<br>Terence J. Cassidy, SBN 99180 | |
| 3 | Kristina M. Hall, SBN 196794<br>350 University Ave., Suite 200 |  |
| 4 | Sacramento, California 95825<br>TEL: 916.929.1481 | |
|   | FAX: 916.927.3706 | |

ATTORNEYS FOR: Defendants CITY OF FRESNO, JERRY DYER, BELINDA ANAYA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated, | Case No. 06-0233 OWW GSA<br>Consolidated with Case No.: 06-1851 |
| vs. | **ORDER REGARDING DEFENDANTS' REQUEST TO FILE MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER AND RELATED MOTION FOR SANCTIONS UNDER SEAL** |
| CITY OF FRESNO, JERRY DYER, Chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, and Does 1-20, in their official and capacities, inclusive | |
| Defendants. | |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ and VIVIAN CENTENO, | |
| vs. | |
| CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Frenso Police Department; BELINDA ANAYA, individual and in her official capacity as Police Officer for the Fresno Police Department, and Does 1-20, inclusive | |
| Defendants. | |

1

00672127.WPD    **[PROPOSED] ORDER RE FILING UNDER SEAL**

1     The Court has reviewed and considered Defendants' Notice of Motion to Enforce
2 Protective Order and Request for Sanctions and, good cause appearing, orders that
3 Defendants' Motion and any documents related thereto, including any opposition, be filed
4 under seal.

5     **IT IS SO ORDERED.**

7 Dated:   4-7 - 09

Honorable Oliver W. Wanger
United States District Court Judge