1  ROGER A. DREYER, ESQ. / SBN: 095462
   CHARLES M. BARRETT / SBN: 094800
2  **DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP**
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone: (916) 379-3500
4  Facsimile: (916) 379-3599

5  Attorneys for Plaintiffs,
   LUPE E. MARTINEZ, GEORGE RENDON
6  and PRISCILLA RENDON

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  LUPE E. MARTINEZ and RALPH C.        Lead Case No.: 1:06 CV 00233 OWWGSA
    RENDON,                              (Consolidated with Case No.: 1:06 CV 01851)
12
              Plaintiffs,                **STIPULATION AND ORDER TO THE UNITED**
13                                       **STATES NAVY, UNITED STATES MARINE**
    v.                                   **CORPS**
14
    CITY OF FRESNO; JERRY DYER, CHIEF
15  OF THE FRESNO POLICE DEPARTMENT;
    SGT. MICHAEL MANFREDI; OFFICER
16  MARCUS K. TAFOYA; OFFICER BELINDA
    ANAYA, and DOES 1-20, in their
17  individual and  official capacities,
    Inclusive.
18
              Defendants.
19  _____

20        **IT IS HEREBY STIPULATED** by and between the parties, through their respective

21  counsel of record, as follows:

22        Defendant CITY OF FRESNO and Plaintiffs LUPE E. MARTINEZ, GEORGE RENDON and

23  PRISCILLA RENDON have previously attempted to have the United States Marine Corps

24  produce witnesses and the parties have received conflicting information from that agency

25  as to whether or not they require an Order from the Court.  The parties to this stipulation

26  therefore agree that the information sought is discoverable, and that this Court may issue

27  an Order compelling the United State Marine Corps as follows:

28  ///

                                    -1-

1.  Requiring the United States Navy, Office of the Judge Advocate General, acting on behalf of the United States Marine Corps to produce the officer, non-commissioned officer, director, managing agent, employee, or agent most qualified from U.S. Navy (USMC) regarding George Rendon's applications for reenlistment in December, 2007 and April, 2009, and the impact, if any, of pending charges in civilian Court on either the reenlistment or enlistment applications, for deposition in this matter.

DATED: April 17, 2009          **DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP**

By: ____/s/ Charles M. Barrett_____
CHARLES M. BARRETT
Attorneys for Plaintiffs, LUPE MARTINEZ,
GEORGE RENDON and PRISCILLA RENDON

DATED: April 17, 2009          **LYNBERG & WAKTINS**

By: ____/s/ Matthew Harrison_____
DANA ALDEN FOX
MATTHEW HARRISON
Attorneys for Defendants, MICHAEL MANFREDI and
MARCUS K. TAFOYA

DATED: April 17, 2009          **KAPETAN BROTHERS**

By: ____/s/ Peter Nicholas Kapetan_____
PETER NICHOLAS KAPETAN
Attorneys for Plaintiffs, RALPH C. RENDON, ALFRED
HERNANDEZ, CLAUDIA RENDON, JOHN NUNEZ, JR.,
LAWRENCE RENDON, RICHARDO RENDON and VIVIAN
CENTENO

DATED: April 17, 2009          **PORTER SCOTT**

By: ____/s/ John Whitefleet_____
JOHN WHITEFLEET
Attorneys for Defendants, CITY OF FRESNO, BELINDA
ANAYA and JERRY DYER

Stipulation and [Proposed] Order

## ORDER

Based upon the stipulation of the parties, and good cause appearing, therefor:

**IT IS HEREBY ORDERED** that the United States Navy, Office of the Judge Advocate General, acting on behalf of the United States Marine Corps shall produce for deposition:

1.  The officer, non-commissioned officer, director, managing agent, employee, or agent most qualified from U.S. Navy (USMC) regarding George Rendon's applications for reenlistment in December, 2007 and April, 2009, and the impact, if any, of pending charges in civilian Court on either the reenlistment or enlistment applications.

Dated: 4/17/2009

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
United States District Court Judge

Stipulation and [Proposed] Order