ROGER A. DREYER, ESQ. / SBN: 095462
CHARLES M. BARRETT, ESQ. / SBN: 094800
**DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiffs,
LUPE MARTINEZ, GEORGE RENDON
and PRISCILLA RENDON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ and RALPH C. RENDON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA and Does 1-20, in their individual and official capacities, inclusive<br><br>Defendant. | Lead Case No.: 1:06 CV 00233 OWWGSA<br>(Consolidated with Case No.: 1:06 CV 01851)<br><br>**ORDER REGARDING PLAINTIFFS' APPLICATION TO FILE MOTION TO MODIFY THE PROTECTIVE ORDER TO ALLOW PRODUCTION OF MATERIALS TO THE US MARINE CORPS UNDER SEAL** |

The Court has reviewed and considered Plaintiffs' Application to File Motion to Modify the Protective Order to Allow Production of Materials to the US Marine Corps and, good cause appearing, orders that Plaintiffs' Motion and any documents related thereto, including any opposition, shall be filed under seal.

Dated: 4/17/2009          /s/ OLIVER W. WANGER
                          Honorable Oliver W. Wagner
                          United States District Court Judge

-1-

[Proposed] Order Regarding Plaintiffs'
Application to File Motion Under Seal