| | |
|---|---|
| 1 | DANA ALDEN FOX, STATE BAR #119761 |
| | MATTHEW HARRISON, STATE BAR #222073 |
| 2 | LYNBERG & WATKINS |
| | A Professional Corporation |
| 3 | 888 South Figueroa Street, Suite 1600 |
| | Los Angeles, CA 90017-5449 |
| 4 | Telephone: (213) 624-8700 |
| | Fax: (213) 892-2763 |
| 5 | |

**FILED** APR 20 2009  CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY \_\_\_\_\_ DEPUTY CLERK

**MAINTAINED IN PAPER**

Attorneys for Defendants, MICHAEL MANDREDI and MARCUS K. TAFOYA

**LODGED**
APR 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, On Behalf of Herself and all Similarly Situated, RALPH C. RENDON, On Behalf of Himself and all Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and official capacities, Inclusive,<br><br>Defendants. | Case No. 1:06-cv-00233 OWW/GSA<br><br>[Consolidated with Case No. 1:06-cv-01851 OWW/GSA]<br><br>[~~PROPOSED~~] ORDER RE: DEFENDANTS' REQUEST TO SEAL DEFENDANTS' MOTION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. § 1404(A) AND DECLARATION OF DANA ALDEN FOX IN SUPPORT THEREOF (L.R. RULE 39-141)<br><br>[Honorable Oliver Wanger]<br><br>Current Trial Date: February 10, 2010 |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as | **RECEIVED**<br>APR 13 2009<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY \_\_\_\_\_ DEPUTY CLERK |

F:\WP\Njw-team\DAF\1928-0523-Rendon\Pld\Mot2TransferVenue\ProposedOrderMot2Seal - FINAL.doc

1
**[PROPOSED] ORDER RE: DEFENDANTS' REQUEST TO SEAL**

| | |
|---|---|
| 1 | Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer of the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as a Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive, |
| | Defendants. |

The Court has reviewed and considered Defendants' Request to Seal: (1) Defendants' Motion for Transfer of Venue (28 U.S.C. §1404(a)), (2) Declaration of Dana Alden Fox in support thereof, and (3) Exhibits 1-3.

For good cause appearing, the Court orders Defendants' ~~Motion and~~ documents and evidence related thereto be filed under seal. *The notice of motion shall only not be sealed. Any references to materials subject to any materials subject to Protective Order shall be sealed.*

IT IS SO ORDERED. *IN PART.*

Dated: 4-17-09

_____
Honorable Oliver W. Wanger
United States District Court Judge