**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA 93721-1806
Telephone: (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for: Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated.<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and official capacities, Inclusive.<br><br>Defendants. | Case No. 1:06-cv-00233 OWW/GSA<br><br>**ORDER ON EX PARTE APPLICATION ON ORDER SHORTENING TIME FOR COURT ORDER ON MOTION COMPELLING PRODUCTION OF DOCUMENTS BY DEFENDANT CITY OF FRESNO TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. SEVEN** |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, | Consolidated<br>Case No. 1:06-cv-01851 OWW/TAG<br><br>**[Caption Continues on Next Page]** |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive. |

Defendants.

The Ex Parte Application for an Order Shortening Time filed by Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno ("Plaintiffs") to bring their Motion to Compelling Production of Documents by Defendant City of Fresno to Plaintiffs' Request for Production of Documents, Set No. Seven was entertained on an ex parte basis. The Court has reviewed the Application and found good cause to grant Plaintiffs' request for an Order in this regard. Therefore:

IT IS ORDERED that Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno's Motion to Compel Production of Documents by Defendant City of Fresno to Plaintiffs' Request for Production of Documents, Set No. Seven is scheduled to be heard on **May 26, 2009, at 10:00, a.m.,** in Courtroom 3.

FURTHER, the Court orders the briefing schedule as follows:

Plaintiffs' Motion shall be filed and served no later than **May 8, 2009, _____, by 4:00 p .m.;**

All Oppositions to Plaintiffs' Motion are to be filed and served no later than **May 18, 2009, by 4:00 p.m.;**

All Replies to Oppositions are to be filed and served on **May 21, 2009, by 4:00 p.m.**; and/or

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | The parties Joint Statement of Discovery Dispute is to be filed and served by **May 22, 2009, at 4:00 p.m.** |
| 2 | |
| 3 | Dated: May 4, 2009. |
| 4 | |
| 5 | |
| 6 | /s/ OLIVER W. WANGER |
| 7 | The Honorable Oliver W. Wanger<br>United States District Court Judge |

PDF created with pdfFactory trial version www.pdffactory.com