**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants CITY OF FRESNO, JERRY DYER, BELINDA ANAYA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated, <br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, Chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, and Does 1-20, in their official and capacities, inclusive<br><br>Defendants.<br>_____/<br>CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ and VIVIAN CENTENO,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individual and in her official capacity as Police Officer for the Fresno Police Department, and Does 1-20, inclusive<br><br>Defendants.<br>_____/ | Case No. 06-0233 OWW GSA<br>Consolidated with Case No.: 06-1851<br><br>**STIPULATION FOR ORDER SHORTENING TIME FOR HEARING ON DEFENDANTS' PROTECTIVE ORDER RE: CARDINALE DEPOSITION;**<br><br>**ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs CLAUDIA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ and VIVIAN CENTENO, Plaintiffs GEORGE RENDON, PRISCILLA RENDON and LUPE MARTINEZ and Defendants CITY OF FRESNO, JERRY DYER and BELINDA ANAYA by and through their undersigned counsel, that an Order Shortening Time for the notice of and hearing of Defendants' Motion for a Protective Order with regard to the deposition testimony of Jeff Cardinale.

Good cause exists for this stipulation. In the course of the deposition of Jeff Cardinale, an employee of Defendant City of Fresno, the undersigned counsel for the City who represented Cardinale at the deposition suspended the deposition until such time as a Protective Order could be obtained from this Court as to the scope of the deposition questioning. To properly file the Motion for the Protective Order, Defendants require the transcript that was taken of the partial deposition as evidence. The transcript has not yet been finalized. The necessary shortening of the period for notice and hearing for the Motion for the Protective Order is appropriate in this instance because the discovery cut-off in this case is June 17, 2009 and the only way for the Motion for the Protective Order to be filed, and the Court to hear the matter and decide it, then complete the Cardinale deposition prior to the set discovery cut-off date is to shorten time on the Motion for Protective Order. Therefore, the parties respectfully submit this Application to Shorten Time and allow the date for hearing on Defendants' Motion for Protective Order be set for June 5, 2009 at 12:00 PM; the opening brief is due on or before June 1, 2009; any opposition is due on or before June 4, 2009; NO REPLY TO BE FILED.

Respectfully Submitted,

Dated: May 26, 2009   KAPETAN BROTHERS

By /s/ Peter N. Kapetan
Peter N. Kapetan
Attorneys for Plaintiffs,
CLAUDIA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR.,

2
00684441.WPD   **STIPULATION TO SHORTEN TIME; [PROPOSED] ORDER**

| | |
|---|---|
| | ALFRED HERNANDEZ and VIVIAN CENTENO, |
| Dated: May 26, 2009 | PORTER SCOTT<br>A Professional Corporation |
| | By /s/ John R. Whitefleet<br>   Terence J. Cassidy<br>   John R. Whitefleet<br>   Attorneys for Defendants,<br>   CITY OF FRESNO, JERRY DYER and<br>   BELINDA ANAYA |
| Dated: May 26, 2009 | DREYER BABICH BUCCOLA CALLAHAM & WOOD |
| | By: /s/ Charles Barrett<br>   Charles Barrett<br>   Attorney for Plaintiffs<br>   GEORGE RENDON, PRISCILLA RENDON<br>   and LUPE MARTINEZ |
| Dated: May 26, 2009 | LYNBERG & WATKINS |
| | By: /s/ Dana A. Fox<br>   Dana A. Fox<br>   Matthew Harrison<br>   Attorney for Defendants<br>   MICHAEL MANFREDI and MARCUS TAFOYA |

**ORDER**

Having reviewed the above Stipulation, and good cause appearing therefor,

IT IS SO ORDERED.

**Dated:　May 26, 2009**　　　　　　　　　　　　／s／ **Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE