1  **KAPETAN BROTHERS**
   1236 "M" Street
2  Fresno, CA  93721-1806
   Telephone:  (559) 498-0800
3

4  Peter N. Kapetan, #138068

5  Attorneys for: Plaintiff Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated.  RALPH C. RENDON, in Behalf of Himself and all Similarly Situated. | Case No.  1:06-cv-00233 OWW/GSA |
| 13  Plaintiffs. | **STIPULATION TO AMEND APRIL 15, 2009 SCHEDULING CONFERENCE ORDER; ORDER THEREON** |
| 15  v. | |
| 16  CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and  official capacities, Inclusive. | |
| 20  Defendants. | |
| 21 | Consolidated Case No.  1:06-cv-01851 OWW/TAG |
| 22  CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO, | |
| 24  Plaintiffs, | |
| 26  v. | |
| 27  CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, | **[Caption Continues on Next Page]** |

1
STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER
ISSUED APRIL 15, 2009 AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive. |
| | Defendants. |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the Scheduling Conference Order issued on April 15, 2009, be amended as follows:

**NON-EXPERT DISCLOSURE DEADLINE:**

Old Date:             June 17, 2009

**New Date:          July 31, 2009**


**EXPERT DISCLOSURE DEADLINE:**

Old Date:             June 20, 2009

**New Date:          August 14, 2009**


**EXPERT COUNTER-DESIGNATION DEADLINE:**

Old Date:             July 20, 2009

**New Date:          September 4, 2009**


**EXPERT WITNESS DISCOVERY CUT-OFF:**

Old Date:             September 30, 2009

**New Date:          November 2, 2009**


**NON-DISPOSITIVE MOTION FILING DEADLINE:**

As previously ordered:   October 7, 2009


**NON-DISPOSITIVE HEARING DATE:**

As previously ordered:   November 9, 2009 at 9:00 a.m. in Ctrm. 10

2
STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER
ISSUED APRIL 15, 2009 AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

**DISPOSITION MOTION FILING DEADLINE:**

As previously ordered:        December 4, 2009

**DISPOSITIVE MOTION HEARING DATE:**

As previously ordered:        January 11, 2010 at 10:00 a.m. in Ctrm. 3

**SETTLEMENT CONFERENCE DATE:**

**Vacated in Lieu of Voluntary Mediation**

**PRE-TRIAL CONFERENCE DATE REMAINS THE SAME:**

As previously ordered:        January 25, 2010 at 10:00 a.m. in Ctrm. 3

**TRIAL DATE:  (10 DAY JURY TRIAL) REMAINS THE SAME:**

As previously ordered:        **February 9, 2010 at 9:00 a.m. in Ctrm. 3**

    The parties enter into this Stipulation based on the ongoing discovery disputes and to allow Plaintiffs and Defendants to conclude discovery in this matter.

    All other provisions of the April 15, 2009 Scheduling Order remains in effect.

DATED:  June ___, 2009.                    KAPETAN BROTHERS

                                                By:   /s/ Peter N. Kapetan
                                                Peter N. Kapetan, Attorney for Plaintiffs Ralph Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno

DATED:  June ___, 2009.                    DREYER, BABICH, BUCCOLA, CALLAHAM & WOOD, LLP

                                                By:   /s/ Charles M. Barrett
                                                Charles M. Barrett, Attorney for Plaintiffs Lupe Martinez, George Rendon and Priscilla Rendon

PDF created with pdfFactory trial version www.pdffactory.com

DATED: June ___, 2009.                    PORTER SCOTT, APC

                              By: ____/s/ Terence J. Cassidy_____
                                  Terence J. Cassidy, Attorney for:
                                  Defendants City of Fresno, Jerry Dyer and
                                  Belinda Anaya

DATED: June ___, 2009.                    LAW FIRM OF LEWIS, BRISBOIS,
                                          BISGAARD & SMITH

                              By: ____/s/ Dan Fox_____
                                  Dana Fox, Attorney for:
                                  Defendants Michael Manfredi and
                                  Marcus K. Tafoya

**IT IS SO ORDERED:**

DATED:  June 9, 2009.


                    _____/s/ OLIVER W. WANGER_____
                         HONORABLE OLIVER W. WANGER
                    JUDGE OF THE UNITED STATES DISTRICT JUDGE

4
STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER
ISSUED APRIL 15, 2009 AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com