ROGER A. DREYER, ESQ. / SBN: 095462
CHARLES M. BARRETT / SBN: 094800
DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiffs,
LUPE E. MARTINEZ, GEORGE RENDON
and PRISCILLA RENDON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ and RALPH C. RENDON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and official capacities, Inclusive.<br><br>Defendants. | Lead Case No.: 1:06 CV 00233 OWWGSA<br>(Consolidated with Case No.: 1:06 CV 01851)<br><br>ORDER ON STIPULATION RE: PLAINTIFF'S MOTION TO MODIFY PROTECTIVE ORDER TO ALLOW PRODUCTION OF MATERIALS TO U.S. MARINE CORPS |

Based upon the stipulation of the parties regarding Plaintiff's Motion to Modify Protective Order to Allow Production of Materials to the U.S. Marine Corps wherein it was stipulated that the Status Conference scheduled for June 17, 2009 at 12:00 p.m. may be, and shall be, continued to July 8, 2009 at 12:00 p.m., or at any other date convenient to the Court's calendar, and good cause appearing, therefore:

IT IS HEREBY ORDERED that the Status Conference scheduled for June 17, 2009 at 12:00 p.m. be continued to July 8, 2009 at 12:00 PM.

-1-
[Proposed] Order on Stipulation Re: Plaintiff's Motion to Modify Protective Order

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 16, 2009          /s/ OLIVER W. WANGER
                              The Honorable Oliver W. Wanger
                              United States District Court Judge

-2-
[Proposed] Order on Stipulation Re: Plaintiff's Motion to Modify Protective Order

PDF created with pdfFactory trial version www.pdffactory.com