**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants CITY OF FRESNO, JERRY DYER, BELINDA ANAYA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, Chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, and Does 1-20, in their official and capacities, inclusive<br><br>Defendants.<br>_____/<br>CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ and VIVIAN CENTENO,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individual and in her official capacity as Police Officer for the Fresno Police Department, and Does 1-20, inclusive<br><br>Defendants.<br>_____/ | Case No. 06-0233 OWW GSA<br>Consolidated with Case No.: 06-1851<br><br>**ORDER ON DEFENDANTS CITY OF FRESNO AND JERRY DYER'S MOTION FOR ENFORCEMENT OF PROTECTIVE ORDERS** |

Defendants CITY OF FRESNO and CHIEF DYER's Motion for Enforcement of Protective Orders was heard on a regularly noticed motion. Plaintiff's counsel Peter Kapetan, Charles M. Barrett, and Defendants' counsel Dana Fox and John Whitefleet were present. After hearing oral argument, the District Court rules on the motion as follows:

Defendants Motion re: Violations of the Protective Orders/Contempt and for Sanctions are denied. Counsel for Plaintiffs' cross-motions for sanctions are also denied.

IT IS SO ORDERED.

Dated: 6/17/2009                    /s/ OLIVER W. WANGER
                                    U.S. District Court Judge Oliver W. Wanger