1  **KAPETAN BROTHERS**
   1236 "M" Street
2  Fresno, CA  93721-1806
   Telephone:  (559) 498-0800
3

4  Peter N. Kapetan, #138068

5  Attorneys for:  Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo
            Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno
6

7

8
                   **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

12

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated.  RALPH C. RENDON, in Behalf of Himself and all Similarly Situated. | Case No.  1:06-cv-00233 OWW/GSA |
| Plaintiffs. | **ORDER RE: DEFENDANTS CITY OF FRESNO, JERRY DYER AND BELINDA ANAYA'S EX PARTE MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF S. JEFFREY CARDINALE** |
| v. | |
| CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and official capacities, Inclusive. | |
| Defendants. | |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO, | Consolidated Case No.  1:06-cv-01851 OWW/TAG |
| Plaintiffs, | |
| v. | |
| CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the | **[Caption Continues on Next Page]** |

1

| | |
|---|---|
| 1 | Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive. |
| | Defendants. |

Defendants City of Fresno, Jerry Dyer and Belinda Anaya's Ex Parte Motion for Protective Order Regarding Deposition of S. Jeffrey Cardinale was heard on June 5, 2009, in before the Honorable Judge Oliver W. Wanger, in Courtroom 3 of the above-entitled court. John Whitefleet, attorney for moving parties, Defendants City of Fresno, Jerry Dyer and Belinda Anaya appeared on their behalf.  Peter N. Kapetan, attorney for Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno appeared, and Charles M. Barrett, attorney for Plaintiffs Lupe E. Martinez, George Rendon and Priscilla Rendon was also present.

The motion having been argued and submitted, the Court has denied Defendants City of Fresno, Jerry Dyer and Belinda Anaya's Ex Parte Motion for Protective Order Regarding Deposition of S. Jeffrey Cardinale.  The Court further ordered that the parties will agree upon a mutually agreeable date for the continued deposition of S. Jeffrey Cardinale and that the deposition scope of inquiry extends to any subject matter that relates to any theory regarding recovery in the case and that the temporal limitations are from 2005 through 2009.

Dated:  6/17/2009.

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
United States District Court Judge