| | |
|---|---|
| 1 | **KAPETAN BROTHERS** |
| | 1236 "M" Street |
| 2 | Fresno, CA  93721-1806 |
| | Telephone:  (559) 498-0800 |
| 3 | |
| 4 | Peter N. Kapetan, #138068 |
| 5 | Attorneys for: Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated.  RALPH C. RENDON, in Behalf of Himself and all Similarly Situated. | Case No.  1:06-cv-00233 OWW/GSA |
| Plaintiffs. | **ORDER RE: EX PARTE APPLICATION ON ORDER SHORTENING TIME FOR PLAINTIFFS TO FILE MOTION COMPELLING PRODUCTION OF DOCUMENTS BY DEFENDANT CITY OF FRESNO TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. NINE AND RESPONSES TO DEFENDANT CITY OF FRESNO TO PLAINTIFFS' SPECIAL INTERROGATORIES, SET NO. ONE** |
| v. | |
| CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and  official capacities, Inclusive. | |
| Defendants. | |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO, | Consolidated Case No.  1:06-cv-01851 OWW/TAG |
| Plaintiffs, | |
| v. | **[Caption Continues on Next Page]** |
| CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police | |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

     The Ex Parte Application for an Order Shortening Time, filed by Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno ("Plaintiffs") in which to bring their Motion Compelling Production of Documents by Defendant City of Fresno to Plaintiffs' Request for Production of Documents, Set No. Nine and Compelling Responses by Defendant City of Fresno to Plaintiffs' Special Interrogatories, Set No. One, was entertained on an ex parte basis. The Court has reviewed the Application and found good cause to grant Plaintiffs' request for an Order in this regard. Therefore:

     IT IS ORDERED that Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno's Motion to Compel Production of Documents by Defendant City of Fresno to Plaintiffs' Request for Production of Documents, Set No. Nine and to Compel Defendant City of Fresno to Respond to Plaintiffs' Special Interrogatories, Set No. One, is scheduled to be heard on **August 19, 2009, at 10:00, a.m.,** in Courtroom 3.

     FURTHER, the Court orders the briefing schedule as follows:

     Plaintiffs' Motion and joint statement re: discovery dispute shall be filed and served no later than _**August 12, 2009, by 4:00 p.m.;**

     All Oppositions to Plaintiffs' Motion are to be filed and served no later than **August 17,. 2009, by 4:00 p.m.;**

Date: 8/10/2009_____          /s/ OLIVER W WANGER
_____
The Honorable Oliver W. Wanger
United States District Court Judge

2

PDF created with pdfFactory trial version www.pdffactory.com