1  ROGER A. DREYER, ESQ. / SBN: 095462
   CHARLES M. BARRETT, ESQ. / SBN: 094800
2  DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone:  (916) 379-3500
4  Facsimile:  (916) 379-3599

5  Attorneys for Plaintiffs,
   LUPE E. MARTINEZ, GEORGE RENDON
6  and PRISCILLA RENDON

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 LUPE E. MARTINEZ and RALPH C.        Lead Case No.: 1:06 CV 00233 OWWGSA
   RENDON,                              (Consolidated with Case No.: 1:06 CV 01851)
12
            Plaintiffs,                 STIPULATION TO FURTHER
13                                      AMEND APRIL 15, 2009
            v.                          SCHEDULING CONFERENCE
14                                      ORDER; ORDER THEREON
   CITY OF FRESNO; JERRY DYER, chief
15 of the Fresno Police Department; SGT.
   MICHAEL MANFREDI; OFFICER
16 MARCUS K. TAFOYA; OFFICER
   BELINDA ANAYA and Does 1-20, in
17 their individual and official capacities,
   inclusive
18
            Defendant.
19 _____

20         IT IS HEREBY STIPULATED by and between the parties, through their respective

21 counsel of record, that the Scheduling Conference Order issued on April 15, 2009, be

22 further amended as follows:

23         EXPERT DISCLOSURE DEADLINE:

24         Old Date:              August 14, 2009

25         New Date:              October 5, 2009

26 ///

27 ///

28 ///

                                        -1-
   Stipulation to Further Amend April 15, 2009
   Scheduling Conference Order; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1   EXPERT COUNTER-DESIGNATION DEADLINE:

2   Old Date:               September 4, 2009

3   New Date:               October 26, 2009

4

5   EXPERT WITNESS DISCOVERY CUT-OFF:

6   Old Date:               November 2, 2009

7   New Date:               November 16, 2009

8

9   NON-DISPOSITIVE MOTION FILING DEADLINE:

10  As previously ordered:    October 7, 2009

11

12  NON-DISPOSITIVE HEARING DATE:

13  As previously ordered:     November 9, 2009 at 9:00 a.m. in Ctrm. 10

14

15  DISPOSITIVE MOTION FILING DEADLINE:

16  As previously ordered:    December 4, 2009

17

18  DISPOSITIVE MOTION HEARING DATE:

19  As previously ordered:     January 11, 2010 at 10:00 a.m. in Ctrm. 3

20

21  SETTLEMENT CONFERENCE DATE:

22  Vacated in Lieu of Voluntary Mediation

23

24  PRE-TRIAL CONFERENCE DATE:

25  As previously ordered:     January 25, 2010 at 10:00 a.m. in Ctrm. 3

26

27  TRIAL DATE (10 DAY JURY TRIAL):

28  As previously ordered:     February 9, 2010 at 9:00 a.m. in Ctrm. 3

-2-

Stipulation to Further Amend April 15, 2009
Scheduling Conference Order; Order Thereon

1  DATED:  August 11, 2009        DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP

2                                 By:  _____/s/ Charles M. Barrett_____

3  _____

4                                     CHARLES M. BARRETT
                                      Attorneys for Plaintiffs, LUPE MARTINEZ,
5                                     GEORGE RENDON and PRISCILLA RENDON

6
   DATED:  August 11, 2009        LEWIS BRISBOIS BISGAARD & SMITH LLP
7

8                                 By:  _____/s/ Matthew Harrison_____
                                      DANA ALDEN FOX
9                                     MATTHEW HARRISON
                                      Attorneys for Defendants, MICHAEL MANFREDI and
10                                    MARCUS K. TAFOYA
11

12 DATED:  August 11, 2009        KAPETAN BROTHERS
13

14                                By:  _____/s/ Peter Nicholas Kapetan_____
                                      PETER NICHOLAS KAPETAN
15                                    Attorneys for Plaintiffs, RALPH C. RENDON, ALFRED
                                      HERNANDEZ, CLAUDIA RENDON, JOHN NUNEZ, JR.,
16                                    LAWRENCE  RENDON,  RICHARD  RENDON  and
17                                    VIVIAN CENTENO
18
   DATED:  August 11, 2009        PORTER SCOTT
19

20                                By:  _____/s/ John Whitefleet_____
                                      JOHN WHITEFLEET
21                                    Attorneys for Defendants, CITY OF FRESNO, BELINDA
22                                    ANAYA and JERRY DYER

23

24

25

26

27

28

-3-

Stipulation to Further Amend April 15, 2009
Scheduling Conference Order; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO ORDERED:

2

3    Dated: August 12, 2009

4                                            ___/s/ OLIVER W WANGER_____
                                             HONERABLE OLIVER W. WANGER
5                                            JUDGE OF THE UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

Stipulation to Further Amend April 15, 2009
Scheduling Conference Order; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Further Amend April 15, 2009
Scheduling Conference Order; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com