**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for: Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated.  RALPH C. RENDON, in Behalf of Himself and all Similarly Situated.<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and  official capacities, Inclusive.<br><br>Defendants. | Case No.  1:06-cv-00233 OWW/GSA<br><br>**ORDER RE: PLAINTIFFS MOTION COMPELLING PRODUCTION OF DOCUMENTS BY DEFENDANT CITY OF FRESNO TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. NINE** |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police | Consolidated<br>Case No.  1:06-cv-01851 OWW/TAG<br><br>**[Caption Continues on Next Page]** |

1

| | |
|---|---|
| 1 | Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno ("Plaintiffs") Motion Compelling Production of Documents by Defendant City of Fresno to Plaintiffs' Request for Production of Documents, Set No. Nine was heard on August 26, 2009, before the Honorable Judge Oliver W. Wanger, in Courtroom 3 of the above-entitled court.  Peter N. Kapetan, attorney for moving parties, Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno appeared on their behalf; John Whitefleet, attorney for Defendants City of Fresno, Jerry Dyer and Belinda Anaya appeared on their behalf and Nausheen Kazalbasch, attorney for Defendants Michael Manfredi and Marcus K. Tafoya appeared on their behalf telephonically.

The motion having been argued and submitted, the Court ORDERED, that

Defendant City of Fresno produce documents in response to Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno's Motion to Compel Production of Documents by Defendant City of Fresno to Plaintiffs' Request for Production of Documents, Set No. Nine as follows:

1.   Any and all correspondence and/or written communication regarding all issues relating to insurance coverage and/or acceptance of insurance coverage.  These documents include, but are not limited to, all documents relating to reservation of rights, acceptance of defense and/or indemnity in regard to Defendants Marcus K. Tafoya and Michael Manfredi.  The Court further orders that these documents shall be produced to Plaintiffs on or before September 10, 2009.

///

2. Defendant City of Fresno shall further submit to the Court, under seal, all documents responsive to Request Nos. 63 through 68 of Plaintiffs' Request for Production of Documents to Defendant City of Fresno, Set No. Nine. These documents shall be submitted to the Court on or before September 28, 2009. An in camera review shall be conducted by the Court of the documents provided by Defendant City of Fresno in response to Request Nos. 63 through 68 of Plaintiffs' Request for Production of Documents to Defendant City of Fresno, Set No. Nine.

Dated: 9/9/2009

/s/ OLIVER W.WANGER
The Honorable Oliver W. Wanger
United States District Court Judge