| | |
|---|---|
| 1 | **KAPETAN BROTHERS** |
| 2 | 1236 "M" Street<br>Fresno, CA  93721-1806 |
| 3 | Telephone:  (559) 498-0800 |
| 4 | Peter N. Kapetan, #138068 |
| 5 | Attorneys for: Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated.  RALPH C. RENDON, in Behalf of Himself and all Similarly Situated.<br><br>    Plaintiffs.<br><br>  v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and  official capacities, Inclusive.<br><br>    Defendants. | Case No.  1:06-cv-00233 OWW/GSA<br><br>**ORDER RE: PLAINTIFFS MOTION COMPELLING PRODUCTION OF DOCUMENTS BY DEFENDANT CITY OF FRESNO TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. NINE** |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police | Consolidated<br>Case No.  1:06-cv-01851 OWW/TAG<br><br><br><br><br><br><br>**[Caption Continues on Next Page]** |

1

PDF created with pdfFactory trial version www.pdffactory.com

Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive.

        Defendants.

Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno ("Plaintiffs") Motion Compelling Production of Documents by Defendant City of Fresno to Plaintiffs' Request for Production of Documents, Set No. Nine was heard on August 26, 2009, before the Honorable Judge Oliver W. Wanger, in Courtroom 3 of the above-entitled court. Peter N. Kapetan, attorney for moving parties, Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno appeared on their behalf; John Whitefleet, attorney for Defendants City of Fresno, Jerry Dyer and Belinda Anaya appeared on their behalf and Nausheen Kazalbasch, attorney for Defendants Michael Manfredi and Marcus K. Tafoya appeared on their behalf telephonically.

The motion having been argued and submitted, the Court ORDERED, that

Defendant City of Fresno shall produce documents in response to Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno's Motion to Compel Production of Documents by Defendant City of Fresno to Plaintiffs' Request for Production of Documents, Set No. Nine as follows:

1. Documents related to the Reservation of Rights Letter shall be produced and maintained, under seal, for the Court's review by December 18, 2009.

///
///
///
///
///

2

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendant City of Fresno shall comply with Plaintiff's Motion to Compel Production of Documents, Set No. Nine, Request Nos. 63 through 69, no later than December 4, 2009, with the exception of all Skelly Hearing documents, which documents shall be provided to the Court, under seal, no later than December 4, 2009, for in camera review.

Dated: November 30, 2009.

        /s/ OLIVER W. WANGER
        The Honorable Oliver W. Wanger
        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com