DANA ALDEN FOX, SB# 119761
   E-Mail: fox@lbbslaw.com
NAUSHEEN KAZALBASCH, SB# 260243
   E-Mail: kazalbasch@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants, MICHAEL MANFREDI and MARCUS K. TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ and RALPH C. RENDON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, OFFICER BELINDA ANAYA, and DOES 1 through 20, in their individual and official capacities Inclusive,,<br><br>　　　　Defendants.<br><br>CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his | CASE NO. 1:06-cv-00233 OWW/TAG consolidated with Case No. 1:06-cv-01851 OWW/GSA<br><br>Hon: Oliver W. Wanger<br>Dept. Courtroom 3<br><br>**ORDER TO FURTHER AMEND APRIL 15, 2009 SCHEDULING ORDER** |

4816-2730-2149.1                         -1-
[PROPOSED] ORDER

official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer of the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as a Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive,

   Defendants.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record that:

The Scheduling Conference Order issued by this Court on April 15, 2009, be further amended as follows:

**EXPERT DISCLOSURE DEADLINE:**

As previously ordered:   October 19, 2009

**EXPERT COUNTER-DESIGNATION DEADLINE:**

Old Date:   November 9, 2009

New Date:   November 27, 2009

**EXPERT WITNESS DISCOVERY CUT-OFF:**

Old Date:   November 30, 2009

New Date:   December 18, 2009

**NON-DISPOSITIVE MOTION FILING DEADLINE:**

Old Date:   October 7, 2009

New Date:   November 20, 2009



4816-2730-2149.1

-2-

[PROPOSED] ORDER

**NON-DISPOSITIVE HEARING DATE:**

Old Date:             November 9, 2009 at 9:00 a.m. in Ctrm. 10

New Date:            November 23, 2009 at 9:00 a.m. in Ctrm 10

**DISPOSITIVE MOTION FILING DEADLINE:**

As previously ordered:   December 4, 2009

**DISPOSITIVE MOTION HEARING DATE:**

As previously ordered:   January 11, 2010 at 10:00 a.m. in Ctrm. 3

**SETTLEMENT CONFERENCE DATE:**

Vacated in Lieu of Voluntary Mediation

**PRE-TRIAL CONFERENCE DATE:**

As previously ordered:   January 25, 2010 at 10:00 a.m. in Ctrm. 3

**TRIAL DATE (10 DAY JURY TRIAL):**

As previously ordered:   February 9, 2010 at 9:00 a.m. in Ctrm. 3

DATED: November 13, 2009        LEWIS BRISBOIS BISGAARD & SMITH LLP


By /s/ Nausheen Kazalbasch
Dana Alden Fox
Nausheen Kazalbasch
Attorneys for Defendants, MICHAEL MANFREDI and MARCUS K. TAFOYA



4816-2730-2149.1        -3-
[PROPOSED] ORDER

DATED: November 13, 2009    PORTER SCOTT

By /s/ Terrence Cassidy
Terrence Cassidy
Attorneys for Defendants, CITY OF FRESNO, BELINDA ANAYA, and JERRY DYER

DATED: November 13, 2009    DREYER BABICH BUCCOLA CALLHAM & WOOD, LLP

By /s/ Charles M. Barrett
Charles M. Barrett
Attorney for Plaintiffs, LUPE MARTINEZ, GEORGE RENDON, and PRISCILLA RENDON

DATED: November 13, 2009    KAPETAN BROTHERS

By /s/ Peter Nicholas Kapetan
Peter Nicholas Kapetan
Attorneys for Plaintiffs, Ralph C. Rendon Alfred Hernandez, Claudia Rendon, John Nunuz, Jr., Lawrence Rendon, Richard Rendon and Vivian Centeno

IT IS SO ORDERED.

**Dated:   December 2, 2009**            **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE



4816-2730-2149.1                -4-
[PROPOSED] ORDER