1  DANA ALDEN FOX, SB# 119761
      E-Mail: fox@lbbslaw.com
2  NAUSHEEN KAZALBASCH, SB# 260243
      E-Mail: kazalbasch@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California  90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for Defendants, MICHAEL MANFREDI and MARCUS K. TAFOYA

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 LUPE E. MARTINEZ and RALPH C.          ) CASE NO. 1:06-cv-00233 OWW/TAG
   RENDON,                                ) consolidated with Case No. 1:06-cv-
12                                        ) 01851 OWW/GSA
              Plaintiffs,                 )
13                                        ) Hon: Oliver W. Wanger
          v.                              ) Dept. Courtroom 3
14                                        )
   CITY OF FRESNO; JERRY DYER,            )
15 CHIEF OF THE FRESNO POLICE             ) **STIPULATION TO DISMISS STATE**
   DEPARTMENT; SGT. MICHAEL               ) **LAW CLAIMS AND ORDER**
16 MANFREDI; OFFICER MARCUS K.            )
   TAFOYA, OFFICER BELINDA                )
17 ANAYA, and DOES 1 through 20, in       )
   their individual and official capacities )
18 Inclusive,,                             )
                                          )
19            Defendants.                 )
                                          )
20                                        )
   CLAUDIA RENDON, GEORGE                 )
21 RENDON, PRISCILLA RENDON,              )
   LAWRENCE RENDON, RICARDO               )
22 RENDON, JOHN NUNEZ, JR.,               )
   ALFRED HERNANDEZ, AND VIVIAN)
23 CENTENO,                               )
                                          )
24            Plaintiffs,                 )
                                          )
25        v.                              )
                                          )
26 CITY OF FRESNO, JERRY DYER,            )
   individually and in his official capacity )
27 as the Chief of Police for the Fresno  )
   Police Department; MICHAEL             )
28 MANFREDI, individually and in his      )

4830-9485-0053.                    -1-
STIPULATION AND [PROPOSED] ORDER TO DISMISS STATE LAW CLAIMS

1  official capacity as Police Sergeant for the Fresno Police Department;
2  MARCUS K. TAFOYA, individually and in his official capacity as Police
3  Officer of the Fresno Police Department; BELINDA ANAYA, individually and in
4  her official capacity as a Police Officer for the Fresno Police Department; and
5  DOES 1 through 50, inclusive,

6       Defendants.

7

8       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs

9  Lupe Martinez and Ralph Rendon, and Defendants Marcus Tafoya and Michael

10 Manfredi and Defendants City of Fresno, Belinda Anaya and Jerry Dyer, by and

11 through their undersigned counsel, that claims alleged in the First Amended

12 Complaint for violations of California Civil Code §52 and §52.1(b) and False

13 Imprisonment under State Law are dismissed with prejudice in light of the failure of

14 the plaintiffs to present timely California Tort Claim forms for these claims. Each

15 party is to bear their own attorney's fees and costs for these claims.

16

17 DATED: December 4__, 2009       LEWIS BRISBOIS BISGAARD & SMITH LLP

18

19

20              By /s/ Nausheen Kazalbasch
                 Dana Alden Fox
                 Nausheen Kazalbasch
21               Attorneys for Defendants, MICHAEL
                 MANFREDI and MARCUS K. TAFOYA



4830-9485-0053.                    -2-
STIPULATION AND [PROPOSED] ORDER TO DISMISS STATE LAW CLAIMS

| | | |
|---|---|---|
| 1 DATED: December 4__, 2009 | | KAPETAN BROTHERS |

By  /s/ Peter Kapetan
Peter Kapetan
Attorneys for Plaintiffs, CLAUDIA RENDON, VIVIAN CENTENO, RALPH RENDON, LAWRENCE RENDON, RICARDO RENDON, ALFRED HERNANDEZ, and JOHN NUNEZ, JR.

DATED: December _4_, 2009     DRYER BABICH BUCCOLA CALLAHAM & WOOD

By  /s/ Charles Barret
Charles Barrett
Attorneys for Plaintiffs, GEORGE RENDON, PRISCILLA RENDON, and LUPE MARTINEZ

DATED: December _4_, 2009     PORTER SCOTT

By  /s/ Terrence Cassidy
Terrence Cassidy
John R. Whitefleet
Attorneys for Defendants, CITY OF FRESNO, BELINDA ANAYA and JERRY DYER

IT IS SO ORDERED.

**Dated:   December 9, 2009**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE



4830-9485-0053.               -3-
STIPULATION AND [PROPOSED] ORDER TO DISMISS STATE LAW CLAIMS