| | |
|---|---|
| 1<br>2<br>3 | **KAPETAN BROTHERS**<br>1236 "M" Street<br>Fresno, CA  93721-1806<br>Telephone:  (559) 498-0800 |
| 4 | Peter N. Kapetan, #138068 |
| 5<br>6 | Attorneys for: Plaintiff Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated.  RALPH C. RENDON, in Behalf of Himself and all Similarly Situated.<br><br>                    Plaintiffs.<br><br>        v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and  official capacities, Inclusive.<br><br>                    Defendants. | Case No.  1:06-cv-00233 OWW/GSA<br><br>**PLAINTIFFS' APPLICATION AND REQUEST FOR EMERGENCY HEARING REGARDING EXPERT DISCOVERY DISPUTE; AND ORDER THEREON** |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, | Consolidated<br>Case No.  1:06-cv-01851 OWW/TAG<br><br><br><br>**[Caption Continues on Next Page]** |

PDF created with pdfFactory trial version www.pdffactory.com

individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive.

Defendants.

Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno ("Plaintiffs") hereby apply to the Court for an Emergency Hearing to be held on December 30, 2009 at 2:30 p.m. in Courtroom 3 to discuss the depositions of expert witnesses which Defendants City of Fresno, Jerry Dyer and Belinda Anaya are refusing to produce.

DATED: December 24, 2009.			KAPETAN BROTHERS

			By:   /s/ Peter N. Kapetan
			Peter N. Kapetan, Attorney for Plaintiffs Ralph Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno

**IT IS SO ORDERED:**

DATED: December 24, 2009.

			/s/ OLIVER W. WANGER
			UNITED STATES SENIOR DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com