**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA 93721-1806
Telephone: (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for: Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated.<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, CHIEF OF THE FRESNO POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA, and DOES 1-20, in their individual and official capacities, Inclusive.<br><br>Defendants. | Case No. 1:06-cv-00233 OWW/GSA<br><br>**ORDER RE: PLAINTIFFS' APPLICATION AND REQUEST FOR EMERGENCY HEARING REGARDING EXPERT DISCOVERY DISPUTE** |
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police | Consolidated<br>Case No. 1:06-cv-01851 OWW/TAG<br><br><br><br><br><br><br>**[Caption Continues on Next Page]** |

1

PDF created with pdfFactory trial version www.pdffactory.com

Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive.

        Defendants.

Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno ("Plaintiffs") Application and Request for Emergency Hearing was heard on December 30, 2009 before the Honorable Judge Oliver W. Wanger, in Courtroom 3 of the above-entitled court.  Peter N. Kapetan, attorney for moving parties, Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, and Vivian Centeno appeared on their behalf; Charles M. Barrett, attorney for Plaintiffs Lupe E. Martinez, George Rendon and Priscilla Rendon appeared telephonically on their behalf, Terence Cassidy and John Whitefleet, attorneys for Defendants City of Fresno, Jerry Dyer and Belinda Anaya appeared telephonically on their behalf and Nausheen Kazalbasch, attorney for Defendants Michael Manfredi and Marcus K. Tafoya appeared telephonically on their behalf telephonically.

The motion having been argued and submitted, the Court ORDERED, that

1.    It approves Defendants City of Fresno, Belinda Anaya and Chief of Police Jerry Dyer's withdrawal of the designation of Defendant Jerry Dyer, Deputy Chief Robert Nevarez, Deputy Chief Sharon Schaffer, Lieutenants Anthony Martinez and Lieutenant Art Alvarado as percipient experts;

2.    In accordance with the withdrawal, Chief Jerry Dyer, Deputy Chief Robert Nevarez, Deputy Chief Sharon Schaffer, and Lieutenants Anthony Martinez and Lieutenant Art Alvarado shall not express any percipient expert opinions pursuant Federal Rule of Evidence Code section 702 in connection with the summary judgment motions filed by Defendants City of Fresno, Chief of Police Jerry Dyer and Belinda Anaya, or at trial on behalf of the same; and

2

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiffs Ralph C. Rendon, Claudia Rendon, Lawrence Rendon, Ricardo Rendon, John Nunez, Jr., Alfred Hernandez, Vivian Centeno, Lupe E. Martinez, George Rendon and Priscilla Rendon will not take the expert depositions of Defendants City of Fresno, Belinda Anaya and Chief of Police Jerry Dyer's withdrawn experts.

Dated: January 14, 2010.

It is so ORDERED……

_____/s/ OLIVER W. WANGER_____
The Honorable Oliver W. Wanger
United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com