1 **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
2 Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
3 John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
4 Sacramento, California 95825
TEL: 916.929.1481
5 FAX: 916.927.3706

6 ATTORNEYS FOR: Defendants CITY OF FRESNO, JERRY DYER, BELINDA ANAYA

7 **UNITED STATES DISTRICT COURT**

8 **EASTERN DISTRICT OF CALIFORNIA**

9

10 LUPE E. MARTINEZ, In Behalf of Herself and all Similarly Situated. RALPH C. RENDON, in Behalf of Himself and all Similarly Situated,

Case No. 06-0233 OWW GSA
Consolidated with Case No.: 06-1851

12 vs.

**STIPULATION TO ENLARGE TIME TO FILE REPLY TO OPPOSITION TO SUMMARY JUDGMENT MOTION AND RELATED DOCUMENTS BY DEFENDANTS CITY OF FRESNO, JERRY DYER AND BELINDA ANAYA; ORDER**

13 CITY OF FRESNO, JERRY DYER, Chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA, and Does 1-20, in their official and capacities, inclusive

16   Defendants.
_____/
17 CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ and VIVIAN CENTENO,

20 vs.

21 CITY OF FRESNO, JERRY DYER, individually and in his official capacity as the Chief of Police for Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individual and in her official capacity as Police Officer for the Fresno Police Department, and Does 1-20, inclusive

28   Defendants.

Due to unforeseen and extenuating circumstances, Defendants City of Fresno, Jerry Dyer and Belinda Anaya were unable to file their Reply to Plaintiffs' Opposition to Motion for Summary Judgment/Adjudication ("Reply") on the designated due date of January 19, 2010. Specifically, because Defendants' counsel is in Sacramento and all documents related to the Motions must be filed under seal pursuant to protective orders, counsel engaged the services of Attorneys Diversified Services to file all documents with the Court. Unfortunately, the documents did not arrive to the Court by the time the clerk's office closed at 4:00 p.m.

Accordingly, for good cause and subject to approval of this Court, the parties in the above referenced action, by and through their undersigned counsel, hereby stipulate that Defendants City of Fresno, Jerry Dyer and Belinda Anaya may file their Reply and all documents related thereto on January 20, 2010.

Respectfully submitted,

Dated: January 20, 2010               KAPETAN BROTHERS


By   /s/ Peter N. Kapetan (auth'd 1/20/2010)
     Peter N. Kapetan
     Attorney for Plaintiffs
     CLAUDIA RENDON, VIVIAN CENTENO, RALPH RENDON, LAWRENCE RENDON, RICARDO RENDON, ALFRED HERNANDEZ and JOHN NUNEZ, JR.


Dated: January 20, 2010               DREYER BABICH BUCCOLA CALLAHAM & WOOD


By   /s/  Charles Barrett (auth'd 1/20/2010)
     Charles Barrett
     Attorney for Plaintiffs
     GEORGE RENDON, PRISCILLA RENDON and LUPE MARTINEZ

1  Dated:  January 20, 2010				LEWIS BRISBOIS BISGAARD & SMITH

2

3							By  /s/  Nausheen Kazalbasch (auth'd 1/20/2010)
							     Dana A. Fox
4							     Nausheen Kazalbasch
							     Attorneys for Defendants
5							     MICHAEL MANFREDI and MARCUS
							     TAFOYA
6

7  Dated: January 20, 2010				PORTER SCOTT
						A PROFESSIONAL CORPORATION
8

9
							By   /s/ John R. Whitefleet
10							     Terence J. Cassidy
							     John R. Whitefleet
11							     Attorney for Defendants
							     CITY OF FRESNO, JERRY DYER and
12							     BELINDA ANAYA

13

14	IT IS SO ORDERED.

15  **Dated:   January 21, 2010**			    **/s/ Oliver W. Wanger**
						UNITED STATES DISTRICT JUDGE

3

00752888.WPD        **STIPULATION TO EXTEND DATE FOR FILING REPLY; ORDER**