UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ, et al., | |
| Plaintiffs, | 1:06-CV-00233 OWW GSA |
| v. | [Consolidated with 1:06-cv-01851] |
| CITY OF FRESNO, et al., | |
| Defendants. | REQUEST FOR STATUS REPORT |
| CALUDIA RENDON, et al., | |
| Plaintiffs, | |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

The Court invites the parties' input concerning the recent acquittals in the People of the State of California v. Marcus Tafoya, Case No. 07900100.  The parties may address the impact, if any, of the acquittals on the issues raised by the pending motions for summary judgment.  Any such input should be submitted in writing on or before close of business on January 27, 2010.

SO ORDERED
DATED: January 25, 2010

                                   /s/ Oliver W. Wanger
                                   Oliver W. Wanger
                              United States District Judge

1