CHARLES M. BARRETT / SBN: 094800
**DREYER BABICH BUCCOLA WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE E. MARTINEZ and RALPH C. RENDON,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO; JERRY DYER, chief of the Fresno Police Department; SGT. MICHAEL MANFREDI; OFFICER MARCUS K. TAFOYA; OFFICER BELINDA ANAYA and Does 1-20, in their individual and official capacities, inclusive<br><br>　　　Defendant. | Case No.: 1:06 CV 00233 OWWGSA (Consolidated with Case No.: 1:06 CV 01851)<br><br>**ORDER FOR DISMISSAL**<br>**(Fed. R. Civ. P. 41(a)(1)(ii)** |

HAVING BEEN STIPULATED by and between the Plaintiffs and Defendants in these actions, that any and all actions be and are hereby dismissed, with prejudice, as to Defendant CITY OF FRESNO, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii). Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: **October 5, 2010**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-

Order for Dismissal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28